# EXHIBIT 1

***Letter Submitted to Court Pursuant to Rule 4.A
of Individual Practices in Civil Cases***