# EXHIBIT 2

DC!
4/8/05
NEW ADDRESS FOR [illegible]

# 27 RED MUSIC LLC

P. O. Box 1300 Little Ferry N. J. 076[illegible]
Phone: (201)982-01[illegible]

April 8, 2005

**Re: Past Royalties Due Mr. Mark Andrews & Art Of War Music Publishing**

To: EMI Music - Royalty Dep.
Mr. Harry Kersaint
Fax # 212-830-5134

Dear Harry,

As per my last fax to you enclosed please find a letter of direction from Mr. Mark Andrews/Art Of War Music which directs all royalties and statements (past & present) for Mr. Mark Andrews to be sent to: 27 Red Music LLC O/B/O Mark Andrews P.O. Box 1300 Little Ferry N.J. 07643.

Thanking you kindly,

[signature]

Rhondo Robinson

**CC: Cinque & Cinque Esq**
**Mr. Mark Andrew**

FedEx Here
15 Schamin Plaza
englewood NJ
07631

96 Oxford Dr
Tenafly, NJ
07670

# 27 RED MUSIC LL(

P. O . Box 1300 Little Ferry N. J . 076 9
Phone: (201)982-01 4

4/5/05

To whom it may concern,

Please be advised that 27 Red Music L.L.C. has the authority to receive and colle( all royalty payments and statements on behalf of Mark Andrews: and the like information relative to administration of Yeah/Art Of War Music Publishing. This perio( covers royalties earned from 1996 thru 2005.

27 Red Music and its affiliate will receive 25% of the total royalties recovered for tl period 1996 thru 2005.

Sincerely,

Mark Andrew
*Yeah / Art of War Music Publishing*

Rhonda Robinson
*27 RED MUSIC L.L.C*

CC: K. [illegible]
[illegible] ESQ

FROM : FAX NO. : Mar. 30 2005 02:53PM P2

# 27 RED MUSIC LLC

P. O. Box 1300 Little Ferry N. J. 07643
Phone: (201)982-0144

111065-100

larch 30, 2005

**Re: Mark Andrews A/K/A CISCO Art Of War Music - Unpaid Royalities**

To: EMI Music - Royalty Dep.
Mr. Harry Kersaint
Fax # 212-830-5134

Dear Harry,

per our telephone conversation in regards to Mr. Mark Andrews / Art of Var Music ; would you kindly prepare an accounting for any and all past & present oyality periods that EMI has not paid to Mr. Mark Andrews / Art of War Music and oward all statements & royalty payments to:

**27 RED MUSIC LLC O/B/O Art Of War Music**
**Care Of : Mr. Mark Andrews**
**P.O. Box 1300 Little N. J. 07643**

Enclose please find a W9 Form for 27 RED Music LLC and if you have any questions lease call me directly at 201-982-~~1044~~ 0144

Thanking you kindly,

Rhondo Robinson

**C: Cinque & Cinque Esq**
**Ir. Mark Andrew**

# Form W-9
(Rev. March 1994)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer Identification Number and Certification

Give form to the requester. Do NOT send to the IRS.

**Name** (If joint names, list first and circle the name of the person or entity whose number you enter in Part I below. See instructions on page 2 if your name has changed.)

27 Red Music LLC

**Business name** (Sole proprietors, see instructions on page 2.)

**Check appropriate box:** ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership ☒ Other ▶ LLC

**Address** (number, street, and apt. or suite no.)
P.O. Box 1300

**City, state, and ZIP code**
Little Ferry, N.J.

Requester's name and address (optional)

List account number(s) here (optional)

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). For sole proprietors, see the instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How To Get a TIN below.

**Note:** If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Social security number: ☐☐☐-☐☐-☐☐☐☐

OR

Employer identification number: ██-███9401 0

## Part II — For Payees Exempt From Backup Withholding (See Part II Instructions on page 2)

## Part III — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions.**—You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, the acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (Also see Part III Instructions on page 2.)

**Sign Here** Signature ▶ [signature] Date ▶ 3/30/05

Section references are to the Internal Revenue Code.

**Purpose of Form.**—A person who is required to file an information return with the IRS must get your correct TIN to report income paid to you, real estate transactions, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA. Use Form W-9 to give your correct TIN to the requester (the person requesting your TIN) and, when applicable, (1) to certify the TIN you are giving is correct (or you are waiting for a number to be issued), (2) to certify you are not subject to backup withholding, or (3) to claim exemption from backup withholding if you are an exempt payee. Giving your correct TIN and making the appropriate certifications will prevent certain payments from being subject to backup withholding.

**Note:** If a requester gives you a form other than a W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**What is Backup Withholding?**—Persons making certain payments to you must withhold and pay to the IRS 31% of such payments under certain conditions. This is called "backup withholding." Payments that could be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, your payments will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or
2. The IRS tells the requester that you furnished an incorrect TIN, or
3. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or
4. You do not certify to the requester that you are not subject to backup withholding under 3 above (for reportable interest and dividend accounts opened after 1983 only), or
5. You do not certify your TIN. See Part III instructions for exceptions.

Certain payees and payments are exempt from backup withholding and information reporting. See the Part III instructions and the separate Instructions for the Requester of Form W-9.

**How To Get a TIN.**—If you do not have a TIN, apply for one immediately. To get Form SS-5, Application for a Social Security Number Card (for individuals), from your local office of the Social Security Administration, or Form SS-4, Application for Employer Identification Number (for businesses and all other entities), from your local IRS office.

If you do not have a TIN, write "Applied For" in the space for the TIN in Part I, sign and date the form, and give it to the requester. Generally, you will then have 60 days to get a TIN and give it to the requester. If the requester does not receive your TIN within 60 days, backup withholding, if applicable, will begin and continue until you furnish your TIN.

Cat. No. 10231X                Form W-9 (Rev. 3-94)

# Fax Cover Sheet

## 27 RED Music LLC.

. O . Box 1300 Little Ferry N. J. 07643

HN: (201) 982- 0144
AX: (201) 503-0560

| | |
|---|---|
| Recipient's Name | Mr. Harry Kersaint |
| Organization | EMI Music -Royalty Dep. |
| Fax Number | 212 830- 5134 |
| Telephone Number | |
| Date | 03/30/05 |
| Subject | |

otal Number of Pages: Including Fax Cove - 3

☐ Urgent ☐ Reply ASAP ☐ Please Comment ☐ For Your Records

Comments: