URCPYL8R1                Warner/Chappell Music, Inc. Los Angeles           DATE . 06/12/02    PAGE   5
                         CATALOG LISTING - SONG TITLE ALPHABETICAL ORDER
                               FOR WP #: S0031B190068

                                      URBAN WARFARE INC.

```
10  000456361 COME INSIDE      (INTERLUDE)
                                                                        LINK         COLLECTIONS
     WRITER/PUBLISHER                              EPH  W/M  SOC  TERR   ADM  OWN%    MECH/OTHER  PERF
     -------------------------------------------------------------------------------------------------
     WB MUSIC CORP.                                 N   AM   ASCAP W0100-Y 1 *  0.000  100.000   50.000
     -------------------------------------------------------------------------------------------------
                                     WCM TOTAL                                        100.000   50.000

     CORBETT, JOHN "CHAOS"                          N   CA   ASCAP W0141-Y 1   25.000    0.000   25.000
     GARDNER, BRUCE                                 N   CA         W0141-Y 1   25.000    0.000   25.000
       KNOCK HARD ENTERTAINMENT                         E    ASCAP  W0141-Y 1   12.500    0.000    0.000
       URBAN WARFARE INC.                               E    ASCAP  W0141-Y 1   12.500    0.000    0.000
       WB MUSIC CORP.                              N   E    ASCAP  W0141-Y 1 * 25.000  100.000   50.000
     -------------------------------------------------------------------------------------------------
                                     WCM TOTAL                                        100.000   50.000
     TERR: W0141  US PERF REGISTRATION

     PUBL.: PA 1075224 - 09/18/2001    SEN.:           -

11  000452946 DANCE FOR ME
                                                                        LINK         COLLECTIONS
     WRITER/PUBLISHER                              EPH  W/M  SOC  TERR   ADM  OWN%    MECH/OTHER  PERF
     -------------------------------------------------------------------------------------------------
     ANDREWS, MARK A. PKA "SISQO"                   N   CA   ASCAP W0100-Y 1   12.500    0.000   12.500
       MR. YEAH                                         E    ASCAP  W0100-Y 1    6.250    0.000    0.000
       URBAN WARFARE INC.                               E    ASCAP  W0100-Y 1    6.250    0.000    0.000
       WB MUSIC CORP.                                   AM   ASCAP  W0100-Y 1 *  0.000   25.000   12.500
     COLLINS, MARQUIS T.                            N   CA   ASCAP W0100-N 2   10.000    0.000   10.000
       K MONEY MUSIC                                    E    ASCAP  W0100-N 2 * 10.000   20.000   10.000
     TRAVIS, JAMES E.                               N   CA   ASCAP W0100-N 3    2.500    0.000    2.500
       HOT AS FIRE MUSIC                                E    ASCAP  W0100-N 3 *  2.500    5.000    2.500
     SHELTON, RICHARD                               N   CA   ASCAP W0100-N 4    8.330    0.000    8.330
     HILL, LOREN WILSON                             N   CA   ASCAP W0100-N 4    8.335    0.000    8.335
     VENEY, KEVIN EARL                              N   CA   ASCAP W0100-N 4    8.335    0.000    8.335
       ONE DYNASTY MUSIC                                E    ASCAP  W0100-N 4 * 25.000   50.000   25.000
     -------------------------------------------------------------------------------------------------
                                     WCM TOTAL                                         25.000   12.500

     ANDREWS, MARK A. PKA "SISQO"                   N   CA   ASCAP W0141-Y 1   12.500    0.000   12.500
       MR. YEAH                                         E    ASCAP  W0141-Y 1    6.250    0.000    0.000
       URBAN WARFARE INC.                               E    ASCAP  W0141-Y 1    3.125    0.000    0.000
       WB MUSIC CORP.                                   E    ASCAP  W0141-Y 1 *  3.125   25.000   12.500
     COLLINS, MARQUIS T.                            N   CA   ASCAP W0141-N 2   10.000    0.000   10.000
       K MONEY MUSIC                                    E    ASCAP  W0141-N 2 * 10.000   20.000   10.000
     TRAVIS, JAMES E.                               N   CA   ASCAP W0141-N 3    2.500    0.000    2.500
       HOT AS FIRE MUSIC                                E    ASCAP  W0141-N 3 *  2.500    5.000    2.500
     SHELTON, RICHARD                               N   CA   ASCAP W0141-N 4    8.330    0.000    8.330
     HILL, LOREN WILSON                             N   CA   ASCAP W0141-N 4    8.335    0.000    8.335
     VENEY, KEVIN EARL                              N   CA   ASCAP W0141-N 4    8.335    0.000    8.335
       ONE DYNASTY MUSIC                                E    ASCAP  W0141-N 4 * 25.000   50.000   25.000
     -------------------------------------------------------------------------------------------------
                                     WCM TOTAL                                         25.000   12.500
```

## 11  000452946 DANCE FOR ME

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|

TERR: WUI41 US PERF REGISTRATION

PUBL.: PA 1062977 - 06/19/2001   REM.:

## 12  000428573 DRU WORLD ORDER

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 12.500 |
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 12.500 |
| GREEN, JAMES E. | N | CA | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 12.500 |
| ANTHONY, LARRY, JR. "JAZZ" | N | CA | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 12.500 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | 1 | 50.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | W0100-Y | 1 * | 0.000 | 100.000 | 50.000 |
| WCM TOTAL | | | | | | | 100.000 | 50.000 |

TERR: W0100  WORLD

PUBL.: PA 1005972 - 12/30/1999   REM.:

## 13  000449897 ENTER THE DRU

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | 1 | 25.000 | 0.000 | 25.000 |
| DA ISH ENTERTAINMENT INC. | | E | ASCAP | W0100-Y | 1 | 0.000 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | W0100-Y | 1 * | 0.000 | 50.000 | 25.000 |
| EVANS, DAVE (GB) | N | CA | | W0100-N | 2 | 25.000 | 0.000 | 25.000 |
| BABY DAVE MUSIC | | E | ASCAP | W0100-N | 2 * | 25.000 | 50.000 | 25.000 |
| WCM TOTAL | | | | | | | 50.000 | 25.000 |

TERR: W0100  WORLD

## 14  000426932 GOT TO GET IT

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | 1 | 22.500 | 0.000 | 22.500 |
| MR. YEAH | | E | US | W0100-Y | 1 | 11.250 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | 1 | 11.250 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | W0100-Y | 1 * | 0.000 | 45.000 | 22.500 |
| WEST, AL | N | CA | ASCAP | W0100-N | 2 | 20.000 | 0.000 | 20.000 |
| AL WEST PUBLISHING | | E | ASCAP | W0100-N | 2 * | 20.000 | 40.000 | 20.000 |
| COLLINS, MARQUIS T. | N | CA | US | W0100-N | 3 | 3.750 | 0.000 | 3.750 |

URBAN WARFARE INC.

```
14  000426932 GOT TO GET IT
                                                                    LINK       COLLECTIONS
    WRITER/PUBLISHER                    BFH  W/M  SOC   TERR        ADN  OWN%  MECH/OTHER PERF

    MARQUIS COLLINS PUB DESIGNEE              E    NS   W0100-N     3 *  3.750   7.500   3.750
    TRAVIS, JAMES R.                     N    CA   NS   W0100-N     4 *  3.750   0.000   3.750
    JAMES TRAVIS PUB DESIGNEE                 E    NS   W0100-N     4 *  3.750   7.500   3.750
                        WCM TOTAL                                                45.000  22.500

    TERR: W0100  WORLD

    PUBL.: PA 1048705 - 02/06/2001   REN :


15  000429647 HOLDING YOU
                                                                    LINK       COLLECTIONS
    WRITER/PUBLISHER                    BFH  W/M  SOC   TERR        ADN  OWN%  MECH/OTHER PERF

    ANTHONY, LARRY, JR  "JAZZ"           N    CA   ASCAP W0100-Y   1     25.000  0.000   25.000
      TAJAE MUSIC                             E    ASCAP W0100-Y   1     12.500  0.000   0.000
      URBAN WARFARE INC.                      E    ASCAP W0100-Y   1     12.500  0.000   0.000
      WB MUSIC CORP.                          AM   ASCAP W0100-Y   1 *   0.000   50.000  25.000
    COUSIN, RICK    PKA "DUTCH"          N    CA   BMI   W0100-N   2     25.000  0.000   25.000
      MUSIC EVERYONE CRAVES                   E    BMI   W0100-N   2 *   17.500  0.000   0.000
      SONY/ATV SONGS LLC                      E    BMI   W0100-N   2 *   12.500  50.000  25.000
                        WCM TOTAL                                                50.000  25.000

    TERR: W0100  WORLD


16  000432234 HOW CAN I LOVE U 2NITE
                                                                    LINK       COLLECTIONS
    WRITER/PUBLISHER                    BFH  W/M  SOC   TERR        ADN  OWN%  MECH/OTHER PERF

    RUFFIN, TAMIR "NOXIO"                N    CA   ASCAP W0100-Y   1     16.670  0.000   16.670
      NORTH AVENUE MUSIC                      E    ASCAP W0100-Y   1     8.340   0.000   0.000
      URBAN WARFARE INC.                      E    ASCAP W0100-Y   1     8.330   0.000   0.000
      WB MUSIC CORP                           AM   ASCAP W0100-Y   1 *   0.000   33.340  16.670
    WEATHERSPOON, PHIL                   N    CA         W0100-N   2     16.665  0.000   16.665
      COPYRIGHT CONTROL                       E    NS    W0100-N   2 *   16.665  33.330  16.665
    WOODARD, CASE                        N    CA   ASCAP W0100-N   3     16.665  0.000   16.665
      MAYNES MUSIC                            E    ASCAP W0100-N   3 *   16.665  33.330  16.665
                        WCM TOTAL                                                33.340  16.670

    TERR: W0100  WORLD

    PUBL.: PA 1005969 - 11/30/1999   REN.:
```

07/01/02 11:35 FAX 212 582 8273    BGKCO., LLC    @011
T-748 P.08/38 F-337
Jun-12-02 14:58 From-

### 17  000429651  HOW DEEP IS YOUR LOVE

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | WO100-Y | 1 | 12.500 | 0.000 | 12.500 |
| DA ISH ENTERTAINMENT INC. |  | E | ASCAP | WO100-Y | 1 | 6.250 | 0.000 | 0.000 |
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | WO100-Y | 1 | 17.500 | 0.000 | 17.500 |
| NORTH AVENUE MUSIC |  | E | ASCAP | WO100-Y | 1 | 8.750 | 0.000 | 0.000 |
| URBAN WARFARE INC. |  | E | ASCAP | WO100-Y | 1 | 15.000 | 0.000 | 0.000 |
| WB MUSIC CORP. |  | AM | ASCAP | WO100-Y | 1 * | 0.000 | 60.000 | 30.000 |
| COUSIN, RICK  PKA "DUTCH" | N | CA | BMI | WO100-N | 2 | 10.000 | 0.000 | 10.000 |
| MUSIC EVERYONE CRAVES |  | E | BMI | WO100-N | 2 | 5.000 | 0.000 | 0.000 |
| SONY/ATV SONGS LLC |  | E | BMI | WO100-N | 2 * | 5.000 | 20.000 | 10.000 |
| CAMPBELL, WARRYN | N | CA | ASCAP | WO100-N | 3 | 10.000 | 0.000 | 10.000 |
| NYRRAW MUSIC |  | E | ASCAP | WO100-N | 3 | 5.000 | 0.000 | 0.000 |
| EMI APRIL MUSIC INC. |  | E | ASCAP | WO100-N | 3 * | 5.000 | 20.000 | 10.000 |
| WCM TOTAL |  |  |  |  |  |  | 60.000 | 30.000 |

TERR: WO100  WORLD

### 18  000443236  HOW MANY LICKS?

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| JONES, KIMBERLY PKA LIL' KIM | N | CA | BMI | WO100-Y | 1 | 20.000 | 0.000 | 20.000 |
| NOTORIOUS K.I.M. MUSIC |  | E | BMI | WO100-Y | 1 | 10.000 | 0.000 | 0.000 |
| UNDEAS MUSIC |  | E | BMI | WO100-Y | 1 | 10.000 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. |  | AM | BMI | WO100-Y | 1 * | 0.000 | 40.000 | 20.000 |
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | WO100-Y | 2 | 5.000 | 0.000 | 5.000 |
| MR. YEAH |  | E | US | WO100-Y | 2 | 2.500 | 0.000 | 0.000 |
| URBAN WARFARE INC. |  | E | ASCAP | WO100-Y | 2 | 2.500 | 0.000 | 0.000 |
| WB MUSIC CORP |  | AM | ASCAP | WO100-Y | 2 * | 0.000 | 10.000 | 5.000 |
| WINANS, MARIO | N | CA | BMI | WO100-N | 3 | 25.000 | 0.000 | 25.000 |
| M. WINANS |  | E | BMI | WO100-N | 3 | 12.500 | 0.000 | 0.000 |
| YELLOW MAN MUSIC |  | E | BMI | WO100-N | 3 | 12.500 | 0.000 | 0.000 |
| BUTTER JINX MUSIC |  | AM | BMI | WO100-N | 3 * | 0.000 | 50.000 | 25.000 |
| WCM TOTAL |  |  |  |  |  |  | 50.000 | 25.000 |

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| JONES, KIMBERLY PKA LIL' KIM | N | CA | BMI | WO141-Y | 1 | 20.000 | 0.000 | 20.000 |
| NOTORIOUS K.I.M. MUSIC |  | E | BMI | WO141-Y | 1 | 10.000 | 0.000 | 0.000 |
| UNDEAS MUSIC |  | E | BMI | WO141-Y | 1 | 5.000 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. |  | E | BMI | WO141-Y | 1 * | 5.000 | 40.000 | 20.000 |
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | WO141-Y | 2 | 5.000 | 0.000 | 5.000 |
| URBAN WARFARE INC. |  | E | ASCAP | WO141-Y | 2 | 5.000 | 0.000 | 0.000 |
| WB MUSIC CORP. |  | AM | ASCAP | WO141-Y | 2 * | 0.000 | 10.000 | 5.000 |
| WINANS, MARIO | N | CA | BMI | WO141-N | 3 | 25.000 | 0.000 | 25.000 |
| M. WINANS |  | E | BMI | WO141-N | 3 | 12.500 | 0.000 | 0.000 |
| YELLOW MAN MUSIC |  | E | BMI | WO141-N | 3 | 12.500 | 0.000 | 0.000 |

### 18  000443236 HOW MANY LICKS?

| WRITER/PUBLISHER | EFH | N/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| BUTTER JINX MUSIC | | AM | BMI | W0141-N | 1 * | 0.000 | 50.000 | 25.000 |
| WCM TOTAL | | | | | | | 50.000 | 25.000 |

TERR: W0141   US PERF REGISTRATION

PUBL.: PA 1049965 - 06/27/2000   REM.·

### 19  000456360 I CAN'T DENY

| WRITER/PUBLISHER | EFH | N/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| MCDONALD, ANTHONY | N | CA | ASCAP | W0100-Y | 1 | 5.000 | 0.000 | 10.000 |
| ROWE, PATRICK | N | CA | | W0100-Y | 1 | 15.000 | 0.000 | 10.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | 1 | 20.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | W0100-Y | 1 * | 0.000 | 40.000 | 20.000 |
| JACKSON, KEVIN | N | CA | | W0100-N | 2 | 15.000 | 15.000 | 15.000 |
| K-JACK TOP TEN MUSIC | | E | ASCAP | W0100-N | 2 | 15.000 | 15.000 | 15.000 |
| WHITE, ERIK | N | CA | ASCAP | W0100-N | 2 | 15.000 | 15.000 | 15.000 |
| BAXTER MUSIC PUBLISHING | | E | ASCAP | W0100-N | 2 | 15.000 | 15.000 | 15.000 |
| WCM TOTAL | | | | | | | 40.000 | 20.000 |
| MCDONALD, ANTHONY | N | CA | ASCAP | W0141-Y | 1 | 5.000 | 0.000 | 10.000 |
| ROWE, PATRICK | N | CA | | W0141-Y | 1 | 15.000 | 0.000 | 10.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0141-Y | 1 | 10.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0141-Y | 1 * | 10.000 | 40.000 | 20.000 |
| JACKSON, KEVIN | N | CA | | W0141-N | 2 | 15.000 | 15.000 | 15.000 |
| K-JACK TOP TEN MUSIC | | E | ASCAP | W0141-N | 2 | 15.000 | 15.000 | 15.000 |
| WHITE, ERIK | N | CA | ASCAP | W0141-N | 2 | 15.000 | 15.000 | 15.000 |
| BAXTER MUSIC PUBLISHING | | E | ASCAP | W0141-N | 2 | 15.000 | 15.000 | 15.000 |
| WCM TOTAL | | | | | | | 40.000 | 20.000 |

TERR: W0141   US PERF REGISTRATION

PUBL.: PA 1075227 - 09/18/2001   REM.·

### 20  000429192 I WANNA COME BACK HOME

| WRITER/PUBLISHER | EFH | N/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| RUFFIN, TAMIR "NOKIO" | | N | CA | ASCAP | W0001-Y | 1 | 15.000 | 0.000 | 15.000 |
| NORTH AVENUE MUSIC | | | E | ASCAP | W0001-Y | 1 | 7.500 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | | E | ASCAP | W0001-Y | 1 | 7.500 | 0.000 | 0.000 |
| WB MUSIC CORP. | | | AM | ASCAP | W0001-Y | 1 * | 0.000 | 30.000 | 15.000 |
| ROCHE, GUY TEVATEUA | | | CA | ASCAP | W0001-N | 2 | 15.000 | 0.000 | 15.000 |
| MANULTI L.A. | | | E | ASCAP | W0001-N | 2 * | 15.000 | 30.000 | 15.000 |

URCPY18R1                Warner/Chappell Music, Inc. Los Angeles            DATE : 06/12/02    PAGE  10
                      CATALOG LISTING - SONG TITLE ALPHABETICAL ORDER
                              FOR WP #: S00138L90068

                                    URBAN WARFARE INC.

### 20  000429192  I WANNA COME BACK HOME

| WRITER/PUBLISHER | EFH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| PEIKEN, SHELLY M. |  | CA | BMI | W0001-N | 1 | 15.000 | 0.000 | 15.000 |
| SUSHI TOO MUSIC |  | E | BMI | W0001-N | 1 | 7.500 | 0.000 | 0.000 |
| HIDDEN PUN MUSIC INC. |  | E | BMI | W0001-N | 1 * | 7.500 | 30.000 | 15.000 |
| WEATHERSPOON, PHIL |  | CA |  | W0001-N | 4 | 5.000 | 0.000 | 5.000 |
| COPYRIGHT CONTROL |  | E | NS | W0001-N | 4 * | 5.000 | 10.000 | 5.000 |

                                   WCM TOTAL                                              30.000   15.000

| WRITER/PUBLISHER | EFH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | W0101-Y | 1 | 15.000 | 0.000 | 15.000 |
| NORTH AVENUE MUSIC |  | E | ASCAP | W0101-Y | 1 | 7.500 | 0.000 | 0.000 |
| URBAN WARFARE INC. |  | E | ASCAP | W0101-Y | 1 | 7.500 | 0.000 | 0.000 |
| WB MUSIC CORP. |  | AM | ASCAP | W0101-Y | 1 * | 0.000 | 30.000 | 15.000 |
| ROCHE, GUY TEVATEUA |  | CA | ASCAP | W0101-N | 2 | 15.000 | 0.000 | 15.000 |
| MANUITI L.A. |  | E | ASCAP | W0101-N | 2 * | 15.000 | 30.000 | 15.000 |
| PEIKEN, SHELLY M. |  | CA | BMI | W0101-N | 3 | 15.000 | 0.000 | 15.000 |
| SUSHI TOO MUSIC |  | E | BMI | W0101-N | 3 | 7.500 | 0.000 | 0.000 |
| HIDDEN PUN MUSIC INC. |  | E | BMI | W0101-N | 3 * | 7.500 | 30.000 | 15.000 |
| WEATHERSPOON, PHIL |  | CA |  | W0101-N | 4 | 5.000 | 0.000 | 5.000 |
| COPYRIGHT CONTROL |  | E | NS | W0101-N | 4 * | 5.000 | 10.000 | 5.000 |

                                   WCM TOTAL                                              30.000   15.000
TERR: W0101  WORLD, -CANADA, -UNITED STATES

### 21  000429648  I'M WONDERING

| WRITER/PUBLISHER | EFH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | W0100-Y | 1 | 21.250 | 0.000 | 21.250 |
| NORTH AVENUE MUSIC |  | E | ASCAP | W0100-Y | 1 | 10.625 | 0.000 | 0.000 |
| URBAN WARFARE INC. |  | E | ASCAP | W0100-Y | 1 | 10.625 | 0.000 | 0.000 |
| WB MUSIC CORP. |  | AM | ASCAP | W0100-Y | 1 * | 0.000 | 42.500 | 21.250 |
| COUSIN, RICK  PKA "DUTCH" | N | CA | BMI | W0100-N | 2 | 7.500 | 0.000 | 7.500 |
| MUSIC EVERYONE CRAVES |  | E | BMI | W0100-N | 2 | 3.750 | 0.000 | 0.000 |
| SONY/ATV SONGS LLC |  | E | BMI | W0100-N | 2 * | 3.750 | 15.000 | 7.500 |
| CAMPBELL, HARRIN | N | CA | ASCAP | W0100-N | 3 | 21.250 | 0.000 | 21.250 |
| NYRRAW MUSIC |  | E | ASCAP | W0100-N | 3 | 10.625 | 0.000 | 0.000 |
| EMI APRIL MUSIC INC. |  | E | ASCAP | W0100-N | 3 * | 10.625 | 42.500 | 21.250 |

                                   WCM TOTAL                                              42.500   21.250
TERR: W0100  WORLD

```
22  000399871 IF YOU DIED I WOULDN'T CRY CAUSE YOU NEV
                                                                         LINK        COLLECTIONS
    WRITER/PUBLISHER                          EFM  W/M  SOC    TERR      ADM  OWN%   MECH/OTHER  PERF
    ----------------------------------------------------------------------------------------------
    RUPPIN, TAMIR "MORTO"                     N    CA   ASCAP  WO100-Y   1    20.830  0.000      20.830
    GREEN, JAMES E.                           N    CA   ASCAP  WO100-Y   1    20.830  0.000      20.830
      URBAN WARFARE INC.                           E    ASCAP  WO100-Y   1    41.670  0.000       0.000
      WB MUSIC CORP.                               AM   ASCAP  WO100-Y   1 *   0.000 83.330      41.670
    BROWN, R.                                 M    CA   MS     WO100-N   2     8.330  0.000       8.330
      BROWNLACE                                    E    MS     WO100-N   2     8.340  0.000       0.000
      HITCO                                        AM   BMI    WO100-N   2 *   0.000 16.670       8.340
                                                                                    -----------------
                            WCM TOTAL                                               83.330      41.670
    TERR: WO100  WORLD
    PUBL.: PA8914-566 - 04/21/1998   RBN :

23  000394255 IF YOU WERE MINE
                                                                         LINK        COLLECTIONS
    WRITER/PUBLISHER                          EFM  W/M  SOC    TERR      ADM  OWN%   MECH/OTHER  PERF
    ----------------------------------------------------------------------------------------------
    DAVIS, MYRON                              N    CA   ASCAP  WO100-Y   1    30.000  0.000      30.000
      URBAN WARFARE INC.                           E    ASCAP  WO100-Y   1     7.500  0.000       0.000
      WB MUSIC CORP.                               AM   ASCAP  WO100-Y   1 *   0.000 37.500       7.500
      ENI MUSIC                                    E    ASCAP  WO100-N   2 *  22.500 22.500      22.500
    CANTRALL, ALEX                            M    CA   BMI    WO100-N   3    20.000  0.000      20.000
      ALLEY GADFLY MUSIC                           E    BMI    WO100-N   3 *  20.000 40.000      20.000
                                                                                    -----------------
                            WCM TOTAL                                               37.500       7.500
    TERR: WO100  WORLD
    PUBL.: PA8914-565 - 04/21/1998   RBN.:

24  000426770 INCREDIBLE
                                                                         LINK        COLLECTIONS
    WRITER/PUBLISHER                          EFM  W/M  SOC    TERR      ADM  OWN%   MECH/OTHER  PERF
    ----------------------------------------------------------------------------------------------
    ANDREWS, MARK A. PKA "SISQO"              N    CA   ASCAP  WO100-Y   1    25.000  0.000      25.000
      URBAN WARFARE INC.                           E    ASCAP  WO100-Y   1    25.000  0.000       0.000
      WB MUSIC CORP.                               AM   ASCAP  WO100-Y   1 *   0.000 50.000      25.000
    WEST, AL                                  M    CA   ASCAP  WO100-N   2    25.000  0.000      25.000
      AL WEST PUBLISHING                           E    ASCAP  WO100-N   2 *  25.000 50.000      25.000
                                                                                    -----------------
                            WCM TOTAL                                               50.000      25.000
    TERR: WO100  WORLD
```

URCPY18R1  Warner/Chappell Music, Inc Los Angeles  DATE : 06/12/02  PAGE  12
CATALOG LISTING - SONG TITLE ALPHABETICAL ORDER
FOR WP #: S00J38L90068

URBAN WARFARE INC.

### 25  000452945 INFATUATED

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | 1 | 25.000 | 0.000 | 25.000 |
| MR. YEAH | | E | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | W0100-Y | 1 * | 0.000 | 50.000 | 25.000 |
| WEST, AL HOLLYWOOD | N | CA | BMI | W0100-N | 2 | 12.500 | 0.000 | 12.500 |
| AL WEST PUBLISHING | | E | BMI | W0100-N | 2 | 6.250 | 0.000 | 0.000 |
| SONY/ATV SONGS LLC | | E | BMI | W0100-N | 2 * | 6.250 | 25.000 | 12.500 |
| EDMOND, J.P. | N | CA | | W0100-N | 3 | 12.500 | 0.000 | 12.500 |
| COPYRIGHT CONTROL | | E | NS | W0100-N | 3 * | 12.500 | 25.000 | 12.500 |
| NCN TOTAL | | | | | | | 50.000 | 25.000 |

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0141-Y | 1 | 25.000 | 0.000 | 25.000 |
| MR. YEAH | | E | ASCAP | W0141-Y | 1 | 12.500 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0141-Y | 1 | 6.250 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0141-Y | 1 * | 6.250 | 50.000 | 25.000 |
| WEST, AL HOLLYWOOD | N | CA | BMI | W0141-N | 2 | 12.500 | 0.000 | 12.500 |
| AL WEST PUBLISHING | | E | BMI | W0141-N | 2 | 6.250 | 0.000 | 0.000 |
| SONY/ATV SONGS LLC | | E | BMI | W0141-N | 2 * | 6.250 | 25.000 | 12.500 |
| EDMOND, J.P. | N | CA | | W0141-N | 3 | 12.500 | 0.000 | 12.500 |
| COPYRIGHT CONTROL | | E | NS | W0141-N | 3 * | 12.500 | 25.000 | 12.500 |
| NCN TOTAL | | | | | | | 50.000 | 25.000 |

TERR. W0141  US PERF REGISTRATION

PUBL.: PA 1062975 - 06/19/2001  REN..

### 26  000426933 IS LOVE ENOUGH

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | 1 | 18.750 | 0.000 | 18.750 |
| MR. YEAH | | E | NS | W0100-Y | 1 | 9.375 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | 1 | 9.375 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | W0100-Y | 1 * | 0.000 | 37.500 | 18.750 |
| CAMPBELL, WARRYN | N | CA | ASCAP | W0100-N | 2 | 18.750 | 0.000 | 18.750 |
| NYRRAN PRODUCTIONS | | E | ASCAP | W0100-N | 2 * | 18.750 | 37.500 | 18.750 |
| DEGRATE, DONALD  (PKA DEVANTE SWING) | N | CA | ASCAP | W0100-N | 3 | 10.940 | 0.000 | 10.940 |
| DE SWING MOB, INC. | | E | ASCAP | W0100-N | 3 | 10.940 | 0.000 | 0.000 |
| EMI APRIL MUSIC INC | | AM | ASCAP | W0100-N | 3 * | 0.000 | 21.880 | 10.940 |
| JONES, RAYMOND B. | N | CA | ASCAP | W0100-N | 4 | 0.780 | 0.000 | 0.780 |
| DR. RAY MUSIC | | E | ASCAP | W0100-N | 4 * | 0.780 | 1.560 | 0.780 |
| JONES, ROBERT | N | CA | ASCAP | W0100-N | 5 | 0.780 | 0.000 | 0.780 |
| HOLLY ROB MUSIC | | E | ASCAP | W0100-N | 5 * | 0.780 | 1.560 | 0.780 |
| NCN TOTAL | | | | | | | 37.500 | 18.750 |

URCPYL8R1          Warner/Chappell Music, Inc. Los Angeles          DATE : 06/12/02    PAGE  13
                   CATALOG LISTING - SONG TITLE ALPHABETICAL ORDER
                         FOR NP #: 900338190068

                                URBAN WARFARE INC.

26   000426933 IS LOVE ENOUGH

|                                    |     |     |      |        | LINK |        | COLLECTIONS |       |
|------------------------------------|-----|-----|------|--------|------|--------|-------------|-------|
| WRITER/PUBLISHER                   | EPH | W/N | SOC  | TERR   | ADM  | OWN%   | MECH/OTHER  | PERF  |

TERR: W0100  WORLD

PUBL.: PA 1005967 - 11/30/1999    REN.:

27   000400821 KEEP ON LOVIN' ME

| WRITER/PUBLISHER                   | EPH | W/N | SOC   | TERR    | LINK ADM | OWN%   | MECH/OTHER | PERF   |
|------------------------------------|-----|-----|-------|---------|----------|--------|------------|--------|
| LAURIE, LINDA                      |     | PA  | ASCAP | W0100-Y | 1        | 0.000  | 0.000      | 10.000 |
|   MY BABY'S MUSIC CO               |     | PA  | ASCAP | W0100-Y | 1        | 0.000  | 0.000      | 0.000  |
|   CHAPPELL & CO.                   |     | PA  | ASCAP | W0100-Y | 1 *      | 0.000  | 20.000     | 10.000 |
| ETLINGER, TERRY M.                 | N   | PA  | BMI   | N0100-Y | 2        | 0.000  | 0.000      | 10.000 |
|   SA-VETTE MUSIC CO.               |     | PA  | BMI   | W0100-Y | 2        | 0.000  | 0.000      | 0.000  |
|   UNICHAPPELL MUSIC INC.           |     | PA  | BMI   | W0100-Y | 2 *      | 0.000  | 20.000     | 10.000 |
| PEARSON, DARRYL                    | N   | CA  | ASCAP | W0100-Y | 3        | 16.670 | 0.000      | 10.000 |
| ANDREWS, MARK A. PKA "SISQO"       | N   | CA  | ASCAP | W0100-Y | 3        | 16.660 | 0.000      | 10.000 |
|   D. EXTRAORDINARY MUSIC           |     | E   | ASCAP | W0100-Y | 3        | 8.330  | 0.000      | 0.000  |
|   URBAN WARFARE INC.               |     | E   | ASCAP | W0100-Y | 3        | 16.660 | 0.000      | 0.000  |
|   WB MUSIC CORP.                   |     | E   | ASCAP | W0100-Y | 3 *      | 8.340  | 40.000     | 20.000 |
| MORTON, NNEKA                      | N   | CA  | NS    | W0100-N | 4        | 16.670 | 0.000      | 10.000 |
|   NNEKWAME PUBLISHING              |     | E   |       | W0100-N | 4 *      | 16.670 | 20.000     | 10.000 |
|                      NCM TOTAL     |     |     |       |         |          |        | 80.000     | 40.000 |
| LAURIE, LINDA                      | N   | CA  | ASCAP | W0141-Y | 1        | 10.000 | 0.000      | 10.000 |
|   MY BABY'S MUSIC CO               |     | E   | ASCAP | W0141-Y | 1        | 5.000  | 0.000      | 0.000  |
|   CHAPPELL & CO.                   |     | E   | ASCAP | W0141-Y | 1 *      | 5.000  | 20.000     | 10.000 |
| ETLINGER, TERRY M.                 | N   | CA  | BMI   | W0141-Y | 2        | 10.000 | 0.000      | 10.000 |
|   SA-VETTE MUSIC CO.               |     | E   | BMI   | W0141-Y | 2        | 5.000  | 0.000      | 0.000  |
|   UNICHAPPELL MUSIC INC.           |     | E   | BMI   | N0141-Y | 2 *      | 5.000  | 20.000     | 10.000 |
| PEARSON, DARRYL                    | N   | CA  | ASCAP | W0141-Y | 3        | 10.000 | 0.000      | 10.000 |
| ANDREWS, MARK A. PKA "SISQO"       | N   | CA  | ASCAP | W0141-Y | 3        | 10.000 | 0.000      | 10.000 |
|   D. EXTRAORDINARY MUSIC           |     | E   | ASCAP | W0141-Y | 3        | 5.000  | 0.000      | 0.000  |
|   URBAN WARFARE INC.               |     | E   | ASCAP | W0141-Y | 3        | 10.000 | 0.000      | 0.000  |
|   WB MUSIC CORP.                   |     | E   | ASCAP | W0141-Y | 3 *      | 5.000  | 40.000     | 20.000 |
| MORTON, NNEKA                      | N   | CA  |       | W0141-N | 4        | 10.000 | 0.000      | 10.000 |
|   NNEKWAME PUBLISHING              |     | E   |       | W0141-N | 4 *      | 10.000 | 20.000     | 10.000 |
|                      NCM TOTAL     |     |     |       |         |          |        | 80.000     | 40.000 |

TERR: W0141  US PERF REGISTRATION

PUBL.: PA914-564 - 04/21/1998    REN.:

**28   080452855 LIFETIME**

| WRITER/PUBLISHER | EFH | N/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| LATTISAW, JEROME | N | CA | | W0100-Y | 1 | 10.000 | 0.000 | 10.000 |
| ROWE, PATRICK | N | CA | | W0100-Y | 1 | 10.000 | 0.000 | 10.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | 1 | 20.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | W0100-Y | 1 * | 0.000 | 40.000 | 20.000 |
| JACKSON, KEVIN | N | CA | | W0100-N | 2 | 15.000 | 15.000 | 15.000 |
| K-JACK TOP TEN MUSIC | | E | ASCAP | W0100-N | 2 | 15.000 | 15.000 | 15.000 |
| WHITE, ERIK | N | CA | ASCAP | W0100-N | 2 | 15.000 | 15.000 | 15.000 |
| BAXTER MUSIC PUBLISHING | | E | ASCAP | W0100-N | 2 | 15.000 | 15.000 | 15.000 |
| WCM TOTAL | | | | | | | 40.000 | 20.000 |
| LATTISAW, JEROME | N | CA | | W0141-Y | 1 | 10.000 | 0.000 | 10.000 |
| ROWE, PATRICK | N | CA | | W0141-Y | 1 | 10.000 | 0.000 | 10.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0141-Y | 1 | 10.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0141-Y | 1 * | 10.000 | 40.000 | 20.000 |
| JACKSON, KEVIN | N | CA | | W0141-N | 2 | 15.000 | 15.000 | 15.000 |
| K-JACK TOP TEN MUSIC | | E | ASCAP | W0141-N | 2 | 15.000 | 15.000 | 15.000 |
| WHITE, ERIK | N | CA | ASCAP | W0141-N | 2 | 15.000 | 15.000 | 15.000 |
| BAXTER MUSIC PUBLISHING | | E | ASCAP | W0141-N | 2 | 15.000 | 15.000 | 15.000 |
| WCM TOTAL | | | | | | | 40.000 | 20.000 |

TERR: W0141 US PERF REGISTRATION

PUBL.: PA 1075225 - 09/18/2001   REN..

**29   000385504 MOVIN' ON   (ALBUM VERSION)**

| WRITER/PUBLISHER | EFH | N/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| PEARSON, DARRYL | N | CA | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 12.500 |
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | 1 | 8.750 | 0.000 | 8.750 |
| D. EXTRAORDINARY MUSIC | | E | ASCAP | W0100-Y | 1 | 6.250 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | 1 | 8.750 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0100-Y | 1 * | 6.250 | 42.500 | 21.250 |
| HARRISON, MYA | N | CA | BMI | W0100-Y | 2 | 3.750 | 0.000 | 3.750 |
| STREET WARFARE PUBLISHING | | E | BMI | W0100-Y | 2 | 3.750 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | AM | BMI | W0100-Y | 2 * | 0.000 | 7.500 | 3.750 |
| WRIGHT, GARY | N | CA | ASCAP | W0100-N | 3 | 25.000 | 0.000 | 25.000 |
| MCA MUSIC PUBLISHING, A DIV. OF UNIVERSAL STUDIOS | | E | ASCAP | W0100-N | 3 * | 25.000 | 50.000 | 25.000 |
| WCM TOTAL | | | | | | | 50.000 | 25.000 |
| PEARSON, DARRYL | N | CA | ASCAP | W0141-Y | 1 | 12.500 | 0.000 | 12.500 |
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0141-Y | 1 | 8.750 | 0.000 | 8.750 |
| D. EXTRAORDINARY MUSIC | | E | ASCAP | W0141-Y | 1 | 6.250 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0141-Y | 1 | 8.750 | 0.000 | 0.000 |

@018  T-748  P.15/38  F-337  BG&Co., LLC  07/01/02 11:37 FAX 212 582 8273  Jun-12-02 15:08  From