```
29  000385504 MOVIN' ON       (ALBUM VERSION)
                                                                              LINK       COLLECTIONS
    WRITER/PUBLISHER                               EPH  W/M  SOC   TERR       ADM  OWN%  MECH/OTHER  PERF
    ----------------------------------------------------------------------------------------------------
                                                        E    ASCAP W014L-Y    1 *  6.250  41.500  21.250
    WB MUSIC CORP.                                 N    CA   BMI   W014L-Y    2 *  3.750   0.000   3.750
    HARRISON, MYA                                        E    BMI   W014L-Y    2 *  3.750   7.500   3.750
    WARNER-TAMERLANE PUBLISHING CORP.              N    CA   ASCAP W014L-N    1    25.000  0.000  25.000
    WRIGHT, GARY                                         E    ASCAP W014L-N    1 * 15.000 50.000  25.000
    MCA MUSIC PUBLISHING, A DIV. OF UNIVERSAL STUDIOS                                    -------------
                                   WCM TOTAL                                        50.000  25.000

    TERR: W014L  US PERF REGISTRATION
    PUBL.: PA#914-563 - 04/21/1998   REN.:         -


                                                                              LINK       COLLECTIONS
30  000452943 NOT AFRAID                           EPH  W/M  SOC   TERR       ADM  OWN%  MECH/OTHER  PERF
    WRITER/PUBLISHER
    ----------------------------------------------------------------------------------------------------
                                                   N    CA   ASCAP W0100-Y    1   30.000   0.000  30.000
    ANDREWS, MARK A. PKA "SISQO"                        E    ASCAP W0100-Y    1   15.000   0.000   0.000
    MR. YEAH                                            E    ASCAP W0100-Y    1   15.000   0.000   0.000
    URBAN WARFARE INC.                                  AM   ASCAP W0100-Y    1 *  0.000  60.000  30.000
    WB MUSIC CORP.                                 N    CA   BMI   W0100-N    2   20.000   0.000  20.000
    WEST, AL HOLLYWOOD                                  E    BMI   W0100-N    2   10.000   0.000   0.000
    AL WEST PUBLISHING                                  E    BMI   W0100-N    2 * 10.000  40.000  20.000
    SONY/ATV SONGS LLC                                                                 -------------
                                   WCM TOTAL                                        60.000  30.000

                                                   N    CA   ASCAP W014L-Y    1   30.000   0.000  30.000
    ANDREWS, MARK A. PKA "SISQO"                        E    ASCAP W014L-Y    1   15.000   0.000   0.000
    MR. YEAH                                            E    ASCAP W014L-Y    1    7.500   0.000   0.000
    URBAN WARFARE INC.                                  E    ASCAP W014L-Y    1 *  7.500  60.000  30.000
    WB MUSIC CORP.                                 N    CA   BMI   W014L-N    2   20.000   0.000  20.000
    WEST, AL HOLLYWOOD                                  E    BMI   W014L-N    2   10.000   0.000   0.000
    AL WEST PUBLISHING                                  E    BMI   W014L-N    2 * 10.000  40.000  20.000
    SONY/ATV SONGS LLC                                                                 -------------
                                   WCM TOTAL                                        60.000  30.000

    TERR: W014L  US PERF REGISTRATION
    PUBL.: PA 1062974 - 06/19/2001   REN.:         -


                                                                              LINK       COLLECTIONS
31  000429649 NOWHERE WITHOUT YOU    (INTERLUDE)   EPH  W/M  SOC   TERR       ADM  OWN%  MECH/OTHER  PERF
    WRITER/PUBLISHER
    ----------------------------------------------------------------------------------------------------
                                                   N    CA   ASCAP W0100-Y    1   25.000   0.000  25.000
    ANDREWS, MARK A. PKA "SISQO"                        E    ASCAP W0100-Y    1   12.500   0.000   0.000
    DA ISH ENTERTAINMENT INC.                      N    CA   ASCAP W0100-Y    1   25.000   0.000  25.000
    GREEN, JAMES E., JR. "WOODY"                        E    ASCAP W0100-Y    1   12.500   0.000   0.000
    WOODY ROCK SONGS
```

URBAN WARFARE INC.

### 31  000429649  NOWHERE WITHOUT YOU  (INTERLUDE)

| WRITER/PUBLISHER | EFH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| URBAN WARFARE INC. | | E | ASCAP | WO100-Y | 1 | 25.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | WO100-Y | 1 * | 0.000 | 100.000 | 50.000 |
| WCM TOTAL | | | | | | | 100.000 | 50.000 |

TERR: WO100  WORLD

### 32  000453132  OFF THE CORNER

| WRITER/PUBLISHER | EFH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | WO100-Y | 1 | 2.500 | 0.000 | 2.500 |
| | | E | ASCAP | WO100-Y | 1 | 1.250 | 0.000 | 0.000 |
| MR. YEAH | | E | ASCAP | WO100-Y | 1 | 1.250 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | AM | ASCAP | WO100-Y | 1 * | 0.000 | 5.000 | 2.500 |
| WB MUSIC CORP. | N | CA | ASCAP | WO100-N | 2 | 7.500 | 0.000 | 7.500 |
| TRAVIS, JAMES E. | | E | ASCAP | WO100-N | 2 * | 7.500 | 15.000 | 7.500 |
| HOT AS FIRE MUSIC | N | CA | ASCAP | WO100-N | 3 | 8.330 | 0.000 | 8.330 |
| SHELTON, RICHARD | N | CA | ASCAP | WO100-N | 3 | 8.335 | 0.000 | 8.335 |
| HILL, LOREN WILSON | N | CA | ASCAP | WO100-N | 3 | 8.335 | 0.000 | 8.335 |
| VENEY, KEVIN EARL | | E | ASCAP | WO100-N | 3 * | 25.000 | 50.000 | 25.000 |
| ONE DYNASTY MUSIC | N | CA | | WO100-N | 4 | 7.500 | 0.000 | 7.500 |
| BEAUFORT, CLIFTON D. | | E | NS | WO100-N | 4 * | 7.500 | 15.000 | 7.500 |
| COPYRIGHT CONTROL | N | CA | BMI | WO100-N | 5 | 7.500 | 0.000 | 7.500 |
| JONES, DWAYNE COREY | | E | | WO100-N | 5 | 3.750 | 0.000 | 0.000 |
| RIFF PUBLISHING | | E | BMI | WO100-N | 5 * | 3.750 | 15.000 | 7.500 |
| EMI BLACKWOOD MUSIC INC. | | | | | | | | |
| WCM TOTAL | | | | | | | 5.000 | 2.500 |
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | WO141-Y | 1 | 2.500 | 0.000 | 2.500 |
| | | E | ASCAP | WO141-Y | 1 | 1.250 | 0.000 | 0.000 |
| MR. YEAH | | E | ASCAP | WO141-Y | 1 | 0.625 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | WO141-Y | 1 * | 0.625 | 5.000 | 2.500 |
| WB MUSIC CORP. | N | CA | ASCAP | WO141-N | 2 | 7.500 | 0.000 | 7.500 |
| TRAVIS, JAMES E. | | E | ASCAP | WO141-N | 2 * | 7.500 | 15.000 | 7.500 |
| HOT AS FIRE MUSIC | N | CA | ASCAP | WO141-N | 3 | 8.330 | 0.000 | 8.330 |
| SHELTON, RICHARD | N | CA | ASCAP | WO141-N | 3 | 8.335 | 0.000 | 8.335 |
| HILL, LOREN WILSON | N | CA | ASCAP | WO141-N | 3 | 8.335 | 0.000 | 8.335 |
| VENEY, KEVIN EARL | | E | ASCAP | WO141-N | 3 * | 25.000 | 50.000 | 25.000 |
| ONE DYNASTY MUSIC | N | CA | | WO141-N | 4 | 7.500 | 0.000 | 7.500 |
| BEAUFORT, CLIFTON D. | | E | NS | WO141-N | 4 * | 7.500 | 15.000 | 7.500 |
| COPYRIGHT CONTROL | N | CA | BMI | WO141-N | 5 | 7.500 | 0.000 | 7.500 |
| JONES, DWAYNE COREY | | E | | WO141-N | 5 | 3.750 | 0.000 | 0.000 |
| RIFF PUBLISHING | | E | BMI | WO141-N | 5 * | 3.750 | 15.000 | 7.500 |
| EMI BLACKWOOD MUSIC INC. | | | | | | | | |
| WCM TOTAL | | | | | | | 5.000 | 2.500 |

@020  T-748  P.17/30  F-397  BG&CO., LLC  07/01/02 11:38 FAX 212 582 8273  From—  Jun-12-02 15:01

URCPYL9RL          Warner/Chappell Music, Inc. Los Angeles          DATE : 06/12/02     PAGE   17
                 CATALOG LISTING - SONG TITLE ALPHABETICAL ORDER
                          FOR WP N: S00))3190069

                              URBAN WARFARE INC.

| 32 | 000453112 OFF THE CORNER | | | | | LINK | | COLLECTIONS | |
|----|---|---|---|---|---|---|---|---|---|
| | WRITER/PUBLISHER | EFH | W/M | SOC | TERR | ADM | OWN% | MECH/OTHER | PERF |

TERR: W0141 US PERF REGISTRATION

PUBL.: PA 1062970 - 06/19/2001   REN.:   -

| 33 | 000456565 PLEASE DON'T FORGET ABOUT ME | | | | | LINK | | COLLECTIONS | |
|----|---|---|---|---|---|---|---|---|---|
| | WRITER/PUBLISHER | EFH | W/M | SOC | TERR | ADM | OWN% | MECH/OTHER | PERF |
| | RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | W0100-Y | L | 27.500 | 0.000 | 27.500 |
| | NORTH AVENUE MUSIC | | E | ASCAP | W0100-Y | L | 13.750 | 0.000 | 0.000 |
| | URBAN WARFARE INC. | | E | ASCAP | W0100-Y | L | 13.750 | 0.000 | 0.000 |
| | WB MUSIC CORP. | | AM | ASCAP | W0100-Y | L * | 0.000 | 55.000 | 27.500 |
| | WEATHERSPOON, PHIL | N | CA | | W0100-N | 2 | 5.000 | 0.000 | 5.000 |
| | JORDAN, DANTE | N | CA | | W0100-N | 2 | 8.750 | 0.000 | 8.750 |
| | CHANCE, DAVID | N | CA | | W0100-N | 2 | 8.750 | 0.000 | 8.750 |
| | COPYRIGHT CONTROL | | E | NS | W0100-N | 2 * | 22.500 | 45.000 | 22.500 |
| | WCM TOTAL | | | | | | | 55.000 | 27.500 |
| | RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | W014L-Y | L | 27.500 | 0.000 | 27.500 |
| | NORTH AVENUE MUSIC | | E | ASCAP | W014L-Y | L | 13.750 | 0.000 | 0.000 |
| | URBAN WARFARE INC. | | E | ASCAP | W014L-Y | L | 6.875 | 0.000 | 0.000 |
| | WB MUSIC CORP. | | E | ASCAP | W014L-Y | L * | 6.875 | 55.000 | 27.500 |
| | WEATHERSPOON, PHIL | N | CA | | W014L-N | 2 | 5.000 | 0.000 | 5.000 |
| | JORDAN, DANTE | N | CA | | W014L-N | 2 | 8.750 | 0.000 | 8.750 |
| | CHANCE, DAVID | N | CA | | W014L-N | 2 | 8.750 | 0.000 | 8.750 |
| | COPYRIGHT CONTROL | | E | NS | W014L-N | 2 * | 22.500 | 45.000 | 22.500 |
| | WCM TOTAL | | | | | | | 55.000 | 27.500 |

TERR: W014L US PERF REGISTRATION

PUBL.: PA 1074962 - 08/31/1999   REN :   -

| 34 | 000449898 REAL FREAK | | | | | LINK | | COLLECTIONS | |
|----|---|---|---|---|---|---|---|---|---|
| | WRITER/PUBLISHER | EFH | W/M | SOC | TERR | ADM | OWN% | MECH/OTHER | PERF |
| | ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | L | 35.000 | 0.000 | 35.000 |
| | DA ISH ENTERTAINMENT INC. | | E | ASCAP | W0100-Y | L | 17.500 | 0.000 | 0.000 |
| | URBAN WARFARE INC. | | E | ASCAP | W0100-Y | L | 17.500 | 0.000 | 0.000 |
| | WB MUSIC CORP. | | AM | ASCAP | W0100-Y | L * | 0.000 | 70.000 | 35.000 |
| | EVANS, DAVE (GB) | N | CA | | W0100-N | 2 | 15.000 | 0.000 | 15.000 |
| | BABY DAVE MUSIC | | E | ASCAP | W0100-N | 2 * | 15.000 | 30.000 | 15.000 |
| | WCM TOTAL | | | | | | | 70.000 | 35.000 |

TERR: W0100 WORLD

URBAN WARFARE INC.

### 15  000401800 SATISFIED

| WRITER/PUBLISHER | BFH | W/N | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | L | 6.375 | 0.000 | 6.375 |
| GREEN, JAMES E. | N | CA | ASCAP | W0100-Y | L | 6.375 | 0.000 | 6.375 |
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | W0100-Y | L | 6.000 | 0.000 | 6.000 |
| NORTH AVENUE MUSIC | | E | ASCAP | W0100-Y | L | 9.375 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | L | 9.375 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | W0100-Y | L * | 0.000 | 37.500 | 18.750 |
| CLEMMONS, NATE | N | CA | BMI | W0100-N | 2 | 31.250 | 0.000 | 31.250 |
| NATE LOVE'S MUSIC | | E | BMI | W0100-N | 2 * | 31.250 | 62.500 | 31.250 |

               WCM TOTAL                                                 37.500    18.750

TERR: W0100 WORLD

### 16  000377594 SO SPECIAL

| WRITER/PUBLISHER | BFH | W/N | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| PEARSON, DARRYL | N | CA | ASCAP | W0100-Y | L | 12.500 | 0.000 | 12.500 |
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | L | 9.375 | 0.000 | 9.375 |
| ANTHONY, LARRY, JR. "JAZZ" | N | CA | ASCAP | W0100-Y | L | 9.375 | 0.000 | 9.375 |
| GREEN, JAMES E., JR. "WOODY" | N | CA | ASCAP | W0100-Y | L | 9.375 | 0.000 | 9.375 |
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | W0100-Y | L | 9.375 | 0.000 | 9.375 |
| D. EKTRAORDINARY MUSIC | | E | ASCAP | W0100-Y | L | 6.250 | 0.000 | 0.000 |
| NORTH AVENUE MUSIC | | E | ASCAP | W0100-Y | L | 18.750 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | L | 18.750 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0100-Y | L * | 6.250 | 100.000 | 50.000 |

               WCM TOTAL                                               100.000    50.000

TERR: W0100 WORLD

PUBL.: PA 848 574 - 05/27/1997    REN.:

### 17  000449301 TALKIN' BOUT ME

| WRITER/PUBLISHER | BFH | W/N | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | W0100-Y | L | 25.000 | 0.000 | 25.000 |
| NORTH AVENUE MUSIC | | E | ASCAP | W0100-Y | L | 12.500 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | L | 12.500 | 0.000 | 0.000 |
| WB MUSIC CORP | | AM | ASCAP | W0100-Y | L * | 0.000 | 50.000 | 25.000 |
| MILLER, KENYA | N | CA | NS | W0100-N | 2 | 25.000 | 0.000 | 25.000 |
| COPYRIGHT CONTROL | | E | NS | W0100-N | 2 * | 25.000 | 50.000 | 25.000 |

               WCM TOTAL                                               50.000    25.000

TERR: W0100 WORLD

URCPY10R1        Warner/Chappell Music, Inc. Los Angeles          DATE : 06/12/02    PAGE  19
                 CATALOG LISTING - SONG TITLE ALPHABETICAL ORDER
                 FOR WP # S00138190068

                 URBAN WARFARE INC.

17  000443101 TALKIN' BOUT ME

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|

PUBL.: PA 1058930 - 01/06/2001    REN.:            -

18  000409537 THIS IS WHAT WE DO

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| BONFA, LUIZ | N | C | ASCAP | W04L8-Y | 1 | 10.000 | 0.000 | 10.000 |
| MARIA, ANTONIO | N | A | ASCAP | W04L8-Y | 1 | 10.000 | 0.000 | 10.000 |
| LES NOUVELLES EDITIONS MERIDIAN | | E | SACEM | W04L8-Y | 1 | 20.000 | 0.000 | 0.000 |
| CHAPPELL & CO. | | SE | ASCAP | W04L8-Y | 1 * | 0.000 | 40.000 | 20.000 |
| ANTHONY, LARRY, JR. "JAZZ" | N | CA | ASCAP | W04L8-Y | 2 | 7.500 | 0.000 | 7.500 |
| GREEN, JAMES E. | N | CA | ASCAP | W04L8-Y | 2 | 7.500 | 0.000 | 7.500 |
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W04L8-Y | 2 | 7.500 | 0.000 | 7.500 |
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | W04L8-Y | 2 | 7.500 | 0.000 | 7.500 |
| URBAN WARFARE INC. | | E | ASCAP | W04L8-Y | 2 | 30.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | W04L8-Y | 2 * | 0.000 | 60.000 | 30.000 |
| WCM TOTAL | | | | | | | 100.000 | 50.000 |
| BONFA, LUIZ | N | C | ASCAP | W0722-N | 1 | 10.000 | 0.000 | 10.000 |
| MARIA, ANTONIO | N | A | ASCAP | W0722-N | 1 | 10.000 | 0.000 | 10.000 |
| LES NOUVELLES EDITIONS MERIDIAN | | E | SACEM | W0722-N | 1 * | 20.000 | 40.000 | 20.000 |
| ANTHONY, LARRY, JR. "JAZZ" | N | CA | ASCAP | W0722-Y | 2 | 7.500 | 0.000 | 7.500 |
| GREEN, JAMES E. | N | CA | ASCAP | W0722-Y | 2 | 7.500 | 0.000 | 7.500 |
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0722-Y | 2 | 7.500 | 0.000 | 7.500 |
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | W0722-Y | 2 | 7.500 | 0.000 | 7.500 |
| URBAN WARFARE INC | | E | ASCAP | W0722-Y | 2 | 10.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | W0722-Y | 2 * | 0.000 | 60.000 | 30.000 |
| WCM TOTAL | | | | | | | 60.000 | 30.000 |

TERR: W0722  EASTERN EUROPE (-BALTICS),GERMANY,GUS,SWITZERLAND,TURKEY-MECH RIO

19  000426469 THONG SONG

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0001-Y | 1 | 17.500 | 0.000 | 10.420 |
| MR. YEAH | | E | ASCAP | W0001-Y | 1 | 8.750 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0001-Y | 1 | 8.750 | 0.000 | 0.000 |
| LONGO, JOSEPH PAUL | N | PA | ASCAP | W0001-I | 1 | 0.000 | 0.000 | 1.875 |
| PAL JOEY MUSIC | | PA | ASCAP | W0001-I | 1 | 0.000 | 1.750 | 1.875 |
| WB MUSIC CORP. | | AM | ASCAP | W0001-Y | 1 * | 0.000 | 31.250 | 10.410 |
| ROSA, ROBI | N | CA | BMI | W0001-Y | 2 | 6.250 | 0.000 | 6.250 |
| A PHANTOM VOX CORP. | | E | BMI | W0001-Y | 2 | 3.125 | 0.000 | 0.000 |
| MUZIEKUITGEVERIJ ARTEMIS B.V. | | E | BUM/STEM | W0001-Y | 2 | 3.125 | 0.000 | 0.000 |

@023  F-337  T-748  P.20/39  BG&Co., LLC  FAX 212 582 8273  07/01/02 11:39  Jun-12-02 15:01  From-

URBAN WARFARE INC.

19   000426469  THONG SONG

| WRITER/PUBLISHER | BFH | M/N | SOC | TERR | LINK ADM | OWNY | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| WARNER-TAMERLANE PUBLISHING CORP. |   | SE | BMI | W0001-Y | 2 * | 0.000 | 12.500 | 6.250 |
| KELLY, TIM | N | CA | BMI | W0001-N | 3 | 8.750 | 0.000 | 10.420 |
| ROBINSON, BOBBY | N | CA | BMI | W0001-N | 3 | 8.750 | 0.000 | 10.420 |
| TIME FOR FLYTES MUSIC |   | E | BMI | W0001-N | 3 | 8.750 | 0.000 | 0.000 |
| SONGS OF DREAMWORKS |   | E | BMI | W0001-N | 3 | 8.750 | 0.000 | 0.000 |
| LONGO, JOSEPH PAUL | N | PA | ASCAP | W0001-E | 3 | 0.000 | 0.000 | 1.875 |
| PAL JOEY MUSIC |   | PA | ASCAP | W0001-E | 3 | 0.000 | 1.750 | 1.875 |
| CHERRY RIVER MUSIC CO. |   | AM | BMI | W0001-N | 3 * | 0.000 | 11.250 | 20.830 |
| CHILD, DESMOND | N | CA | ASCAP | W0001-N | 4 | 6.250 | 0.000 | 6.250 |
| DESMOPHOBIA |   | E | ASCAP | W0001-N | 4 | 3.125 | 0.000 | 0.000 |
| POLYGRAM INTERNATIONAL PUBLISHING INC. |   | E | ASCAP | W0001-N | 4 * | 3.125 | 12.500 | 6.250 |
| COLLINS, MARQUIS T. | N | CA | ASCAP | W0001-N | 5 | 2.500 | 0.000 | 2.500 |
| K MONEY MUSIC |   | E | ASCAP | W0001-N | 5 * | 2.500 | 5.000 | 2.500 |
| WCM TOTAL |   |   |   |   |   |   | 43.750 | 16.660 |
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0101-Y | 1 | 17.500 | 0.000 | 10.420 |
| MR. YEAH |   | E | ASCAP | W0101-Y | 1 | 8.750 | 0.000 | 0.000 |
| URBAN WARFARE INC. |   | E | ASCAP | W0101-Y | 1 | 8.750 | 0.000 | 0.000 |
| LONGO, JOSEPH PAUL | N | PA | ASCAP | W0101-E | 1 | 0.000 | 0.000 | 1.875 |
| PAL JOEY MUSIC |   | PA | ASCAP | W0101-E | 1 | 0.000 | 1.750 | 1.875 |
| WB MUSIC CORP. |   | AM | ASCAP | W0101-Y | 1 * | 0.000 | 11.250 | 10.410 |
| ROSA, ROBI | N | CA | BMI | W0101-N | 2 | 6.250 | 0.000 | 6.250 |
| A PHANTOM VOX CORP. |   | E | BMI | W0101-N | 2 | 3.125 | 0.000 | 0.000 |
| MUZIEKUITGEVERIJ ARTEMIS B.V |   | E | BUM/STEM | W0101-N | 2 * | 3.125 | 12.500 | 6.250 |
| KELLY, TIM | N | CA | BMI | W0101-N | 3 | 8.750 | 0.000 | 10.420 |
| ROBINSON, BOBBY | N | CA | BMI | W0101-N | 3 | 8.750 | 0.000 | 10.420 |
| TIME FOR FLYTES MUSIC |   | E | BMI | W0101-N | 3 | 8.750 | 0.000 | 0.000 |
| SONGS OF DREAMWORKS |   | E | BMI | W0101-N | 3 | 0.000 | 0.000 | 1.875 |
| LONGO, JOSEPH PAUL | N | PA | ASCAP | W0101-E | 3 | 0.000 | 0.000 | 1.875 |
| PAL JOEY MUSIC |   | PA | ASCAP | W0101-E | 3 | 0.000 | 1.750 | 1.875 |
| CHERRY RIVER MUSIC CO. |   | AM | BMI | W0101-N | 3 * | 0.000 | 11.250 | 20.830 |
| CHILD, DESMOND | N | CA | ASCAP | W0101-N | 4 | 6.250 | 0.000 | 6.250 |
| DESMOPHOBIA |   | E | ASCAP | W0101-N | 4 | 3.125 | 0.000 | 0.000 |
| POLYGRAM INTERNATIONAL PUBLISHING INC. |   | E | ASCAP | W0101-N | 4 * | 3.125 | 12.500 | 6.250 |
| COLLINS, MARQUIS T. | N | CA | ASCAP | W0101-N | 5 | 2.500 | 0.000 | 2.500 |
| K MONEY MUSIC |   | E | ASCAP | W0101-N | 5 * | 2.500 | 5.000 | 2.500 |
| WCM TOTAL |   |   |   |   |   |   | 31.250 | 10.410 |

TERR: W0101 WORLD, -CANADA, -UNITED STATES

PUBL.: PA 1005970 - 11/30/1999   REN.

40   000428571 UNLEASH THE DRAGON

| WRITER/PUBLISHER | BPH | H/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | WO100-Y | 1 | 15.000 | 0.000 | 15.000 |
| MR. YEAH | | E | NS | WO100-Y | 1 | 7.500 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | WO100-Y | 1 | 7.500 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | WO100-Y | 1 * | 0.000 | 30.000 | 15.000 |
| GRANT, DWIGHT | N | CA | NS | WO100-N | 2 | 7.500 | 0.000 | 7.500 |
| HITCO SOUTH PUBLISHING CO. | | E | ASCAP | WO100-N | 2 | 3.750 | 0.000 | 0.000 |
| SHAKUR AL-DIN MUSIC | | E | ASCAP | WO100-N | 2 | 3.750 | 0.000 | 0.000 |
| WINDSWEPT MUSIC | | AM | ASCAP | WO100-N | 2 * | 0.000 | 15.000 | 7.500 |
| COLLINS, MARQUIS T. | N | CA | NS | WO100-N | 3 | 1.250 | 0.000 | 1.250 |
| K MONEY MUSIC | | E | | WO100-N | 3 * | 1.250 | 2.500 | 1.250 |
| SHELTON, RICHARD | N | CA | ASCAP | WO100-N | 4 | 8.335 | 0.000 | 8.335 |
| HILL, LAURYN | N | CA | ASCAP | WO100-N | 4 | 8.335 | 0.000 | 8.335 |
| VENEY, KEVIN EARL | N | CA | ASCAP | WO100-N | 4 | 8.330 | 0.000 | 8.330 |
| ONE DYNASTY MUSIC | | E | ASCAP | WO100-N | 4 * | 25.000 | 50.000 | 25.000 |
| TRAVIS, JAMES E. | N | CA | NS | WO100-N | 5 | 1.250 | 0.000 | 1.250 |
| HOT AS FIRE MUSIC | | E | | WO100-N | 5 * | 1.250 | 2.500 | 1.250 |
| HCM TOTAL | | | | | | | 30.000 | 15.000 |

TERR: WO100  WORLD

PUBL.: PA 1005966 - 11/30/1999   REF :

6L   000394252 WE GONNA MAKE YA DANCE

| WRITER/PUBLISHER | BPH | H/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| PEARSON, DARRYL | N | CA | ASCAP | WO100-Y | 1 | 25.000 | 0.000 | 25.000 |
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | WO100-Y | 1 | 10.000 | 0.000 | 10.000 |
| D. EXTRAORDINARY MUSIC | | E | ASCAP | WO100-Y | 1 | 12.500 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | WO100-Y | 1 | 10.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | WO100-Y | 1 * | 12.500 | 70.000 | 35.000 |
| HARRISON, MYA | N | CA | BMI | WO100-Y | 2 | 15.000 | 0.000 | 15.000 |
| STREET WARFARE PUBLISHING | | E | BMI | WO100-Y | 2 | 15.000 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP | | AM | BMI | WO100-Y | 2 * | 0.000 | 30.000 | 15.000 |
| HCM TOTAL | | | | | | | 100.000 | 50.000 |

| PEARSON, DARRYL | N | CA | ASCAP | WO141-Y | 1 | 25.000 | 0.000 | 25.000 |
|---|---|---|---|---|---|---|---|---|
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | WO141-Y | 1 | 10.000 | 0.000 | 10.000 |
| D. EXTRAORDINARY MUSIC | | E | ASCAP | WO141-Y | 1 | 12.500 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | WO141-Y | 1 | 10.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | WO141-Y | 1 * | 12.500 | 70.000 | 35.000 |
| HARRISON, MYA | N | CA | BMI | WO141-Y | 2 | 15.000 | 0.000 | 15.000 |
| WARNER-TAMERLANE PUBLISHING CORP | | E | BMI | WO141-Y | 2 * | 15.000 | 30.000 | 15.000 |
| HCM TOTAL | | | | | | | 100.000 | 50.000 |

URCPY18R1  Warner/Chappell Music, Inc. Los Angeles  DATE : 06/12/02   PAGE  22
CATALOG LISTING - SONG TITLE ALPHABETICAL ORDER
FOR NP #: S00138190068

URBAN WARFARE INC.

41  000394252 WE GONNA MAKE YA DANCE

| WRITER/PUBLISHER | BFH | W/N | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|

TERR. N0141  US PERF REGISTRATION

PUBL.: PA8914-567 - 04/21/1998   BBK.

42  000417537 WHAT YOU WANT

| WRITER/PUBLISHER | BFH | W/N | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | 1 | 20.000 | 0.000 | 20.000 |
| MR. YEAH |  | E | ASCAP | W0100-Y | 1 | 10.000 | 0.000 | 0.000 |
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | W0100-Y | 1 | 2.500 | 0.000 | 2.500 |
| NORTH AVENUE MUSIC |  | E | ASCAP | W0100-Y | 1 | 1.250 | 0.000 | 0.000 |
| URBAN WARFARE INC. |  | E | ASCAP | W0100-Y | 1 | 11.250 | 0.000 | 0.000 |
| WB MUSIC CORP. |  | AM | ASCAP | W0100-Y | 1 * | 0.000 | 45.000 | 22.500 |
| SIMMONS, EARL | N | CA | ASCAP | W0100-N | 2 | 22.500 | 0.000 | 22.500 |
| BOOMER K PUBLISHING |  | E | ASCAP | W0100-N | 2 * | 22.500 | 45.000 | 22.500 |
| WEATHERSPOON, PHIL | N | CA |  | W0100-N | 3 | 5.000 | 0.000 | 5.000 |
| REACH AHEAD MUSIC |  | E |  | W0100-N | 3 * | 5.000 | 10.000 | 5.000 |
|  |  |  | NCM TOTAL |  |  |  | 45.000 | 22.500 |

TERR: W0100  WORLD

43  000401780 WHATEVER U WANT

| WRITER/PUBLISHER | BFH | W/N | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | 1 | 8.340 | 0.000 | 8.340 |
| ANTHONY, LARRY, JR. "JAZZ" | N | CA | ASCAP | W0100-Y | 1 | 8.330 | 0.000 | 8.330 |
| NORTH AVENUE MUSIC |  | E | ASCAP | W0100-Y | 1 | 4.165 | 0.000 | 0.000 |
| URBAN WARFARE INC. |  | E | ASCAP | W0100-Y | 1 | 4.165 | 0.000 | 0.000 |
| WB MUSIC CORP. |  | E | ASCAP | W0100-Y | 1 * | 8.340 | 33.340 | 16.670 |
| DAVIS, MYRON | N | CA | ASCAP | W0100-N | 2 | 8.330 | 0.000 | 8.330 |
| M DUBLE MUSIC |  | E | BMI | W0100-N | 2 * | 8.330 | 16.660 | 8.330 |
| BROWN, STANLEY | N | CA | BMI | W0100-N | 3 | 25.000 | 0.000 | 25.000 |
| STAN BROWN MUSIC |  | E | BMI | W0100-N | 3 * | 25.000 | 50.000 | 25.000 |
|  |  |  | NCM TOTAL |  |  |  | 33.340 | 16.670 |

TERR: W0100  WORLD

44  000413887 YOU ARE EVERYTHING

| WRITER/PUBLISHER | BFH | W/N | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | 1 | 25.000 | 0.000 | 25.000 |

URCPYLBR1  Warner/Chappell Music, Inc. Los Angeles    DATE . 06/12/02   PAGE  21
CATALOG LISTING - SONG TITLE ALPHABETICAL ORDER
FOR WP #: S00138190068

URBAN WARFARE INC.

```
44  000413987  YOU ARE EVERYTHING
                                                                    LINK         COLLECTIONS
    WRITER/PUBLISHER                          BFM  W/M  SOC   TERR   ADM   OWN%   MECH/OTHER  PERF

    URBAN WARFARE INC.                             E    ASCAP W0100-Y  1    25.000   0.000    0.000
    WB MUSIC CORP.                                 AM   ASCAP W0100-Y  1 *   0.000  50.000   25.000
    COUSIN, RICK  PKA "DUTCH"                  N   CA   BMI   W0100-N  2    25.000   0.000   25.000
    MUSIC EVERYONE CRAVES                          E    BMI   W0100-N  2 *  25.000  50.000   25.000
    ----------------------------------------------------------------------------------------------
                          NCM TOTAL                                                  50.000   25.000

    TERR: W0100  WORLD


45  000431861  YOU ARE EVERYTHING       (REMIX)
                                                                    LINK         COLLECTIONS
    WRITER/PUBLISHER                          BFM  W/M  SOC   TERR   ADM   OWN%   MECH/OTHER  PERF

    ANDREWS, MARK A. PKA "SISQO"               N   CA   ASCAP W0100-Y  1    43.750   0.000   43.750
    MR. YEAH                                       E    NS    W0100-Y  1    21.875   0.000    0.000
    URBAN WARFARE INC.                             E    ASCAP W0100-Y  1    21.875   0.000    0.000
    WB MUSIC CORP.                                 AM   ASCAP W0100-Y  1 *   0.000  87.500   43.750
    COUSIN, RICK   PKA "DUTCH"                 N   CA   BMI   W0100-N  2 *   6.250   0.000    6.250
    MUSIC EVERYONE CRAVES                          E    BMI   W0100-N  2 *   6.250  12.500    6.250
    ----------------------------------------------------------------------------------------------
                          NCM TOTAL                                                  87.500   43.750

    ANDREWS, MARK A. PKA "SISQO"               N   CA   ASCAP W0141-Y  1    43.750   0.000   43.750
    URBAN WARFARE INC.                             E    ASCAP W0141-Y  1    21.875   0.000    0.000
    WB MUSIC CORP.                                 E    ASCAP W0141-Y  1 *  21.875  87.500   43.750
    COUSIN, RICK  PKA "DUTCH"                  N   CA   BMI   W0141-N  2 *   6.250   0.000    6.250
    MUSIC EVERYONE CRAVES                          E    BMI   W0141-N  2 *   6.250  12.500    6.250
    ----------------------------------------------------------------------------------------------
                          NCM TOTAL                                                  87.500   43.750

    TERR. W0141  US PERF REGISTRATION
    PUBL.: PA 1005974 - 11/10/1999   REM.1


46  000449903  YOU ARE EVERYTHING
                                                                    LINK         COLLECTIONS
    WRITER/PUBLISHER                          BFM  W/M  SOC   TERR   ADM   OWN%   MECH/OTHER  PERF

    ANDREWS, MARK A. PKA "SISQO"                   M    CA   ASCAP W0100-Y  1  43.750   0.000   43.750
    DA ISK ENTERTAINMENT INC.                      E    ASCAP W0100-Y  1    21.875   0.000    0.000
    URBAN WARFARE INC.                             E    ASCAP W0100-Y  1    21.875   0.000    0.000
    WB MUSIC CORP.                                 AM   ASCAP W0100-Y  1 *   0.000  87.500   43.750
    COUSIN, RICK   PKA "DUTCH"                 N   CA   BMI   W0100-N  2     6.250   0.000    6.250
    MUSIC EVERYONE CRAVES                          E    BMI   W0100-N  2 *   3.125   0.000    0.000
    SONY/ATV SONGS LLC                             E    BMI   W0100-N  2 *   3.125  12.500    6.250
    ----------------------------------------------------------------------------------------------
                          NCM TOTAL                                                  87.500   43.750
```

URCPYL8R1　　　　　　Warner/Chappell Music, Inc. Los Angeles　　　　DATE : 06/12/02　　PAGE　24
CATALOG LISTING - SONG TITLE ALPHABETICAL ORDER
FOR N2 #. S00338190068

URBAN WARFARE INC.

### 46  000445903 YOU ARE EVERYTHING

| WRITER/PUBLISHER | EFH | W/H | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|

TERR: W0100  WORLD

### 47  000456359 YOU GOTTA BELIEVE

| WRITER/PUBLISHER | EFH | W/H | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| LATTISAW, JEROME | N | CA | | W0100-Y | 1 | 17.500 | 0.000 | 17.500 |
| ROWE, PATRICK | N | CA | | W0100-Y | 1 | 7.500 | 0.000 | 7.500 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | 1 | 25.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AX | ASCAP | W0100-Y | 1 * | 0.000 | 50.000 | 25.000 |
| JACKSON, KEVIN | N | CA | | W0100-N | 2 | 12.500 | 12.500 | 12.500 |
| K-JACK TOP TEN MUSIC | | E | ASCAP | W0100-N | 2 | 12.500 | 12.500 | 12.500 |
| WHITE, ERIK | N | CA | ASCAP | W0100-N | 2 | 12.500 | 12.500 | 12.500 |
| BAXTER MUSIC PUBLISHING | | E | ASCAP | W0100-N | 2 | 12.500 | 12.500 | 12.500 |
| WCM TOTAL | | | | | | | 50.000 | 25.000 |
| LATTISAW, JEROME | N | CA | | W0141-Y | 1 | 17.500 | 0.000 | 17.500 |
| ROWE, PATRICK | N | CA | | W0141-Y | 1 | 7.500 | 0.000 | 7.500 |
| URBAN WARFARE INC. | | E | ASCAP | W0141-Y | 1 | 12.500 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0141-Y | 1 | 12.500 | 50.000 | 25.000 |
| JACKSON, KEVIN | N | CA | | W0141-N | 2 | 12.500 | 12.500 | 12.500 |
| K-JACK TOP TEN MUSIC | | E | ASCAP | W0141-N | 2 | 12.500 | 12.500 | 12.500 |
| WHITE, ERIK | N | CA | ASCAP | W0141-N | 2 | 12.500 | 12.500 | 12.500 |
| BAXTER MUSIC PUBLISHING | | E | ASCAP | W0141-N | 2 | 12.500 | 12.500 | 12.500 |
| WCM TOTAL | | | | | | | 50.000 | 25.000 |

TERR: W0141  US PERF REGISTRATION

PUBL.: PA 1075225 - 09/18/2001　　REN :

### 48  000406239 YOU'LL NEVER MISS ME

| WRITER/PUBLISHER | EFH | W/H | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| PEARSON, DARRYL | N | CA | ASCAP | W0100-Y | 1 | 25.000 | 0.000 | 25.000 |
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | 1 | 25.000 | 0.000 | 25.000 |
| D. EXTRAORDINARY MUSIC | | E | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | 1 | 25.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0100-Y | 1 * | 12.500 | 100.000 | 50.000 |
| WCM TOTAL | | | | | | | 100.000 | 50.000 |

TERR: W0100  WORLD