### 49  000426747 YOUR LOVE IS INCREDIBLE

| WRITER/PUBLISHER | EFM | W/N | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | WO100-Y | 1 | 25.000 | 0.000 | 25.000 |
| MR. YEAH | | E | NS | WO100-Y | 1 | 12.500 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | WO100-Y | 1 | 12.500 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | WO100-Y | 1 * | 0.000 | 50.000 | 25.000 |
| CALAPIETRO, VITO | M | CA | BMI | WO100-N | 2 | 8.330 | 0.000 | 8.330 |
| DINKINS, NEELY | N | CA | BMI | WO100-N | 2 | 8.330 | 0.000 | 8.330 |
| PORTER, NOAH | N | CA | BMI | WO100-N | 2 | 8.340 | 0.000 | 8.340 |
| NVP PRODUCTIONS | | E | BMI | WO100-N | 2 * | 25.000 | 50.000 | 25.000 |
| WCM TOTAL | | | | | | | 50.000 | 25.000 |

TERR: WO100  WORLD

PUBL.: PA 1005965 - 11/30/1999  REN.:

### 50  000432233 INITE  (INTERLUDE)

| WRITER/PUBLISHER | EFM | W/N | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | WO100-Y | 1 | 50.000 | 0.000 | 50.000 |
| URBAN WARFARE INC. | | E | ASCAP | WO100-Y | 1 | 50.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | WO100-Y | 1 * | 0.000 | 100.000 | 50.000 |
| WCM TOTAL | | | | | | | 100.000 | 50.000 |

TERR: WO100  WORLD

PUBL.: PA 1005968 - 11/30/1999  REN.:

### 51  000401007 5 STEPS

| WRITER/PUBLISHER | EFM | W/N | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| RUFFIN, TAMIR "NOKIO" | N | CA | ASCAP | WO100-Y | 1 | 20.000 | 0.000 | 20.000 |
| GREEN, JAMES E. | N | CA | ASCAP | WO100-Y | 1 | 20.000 | 0.000 | 20.000 |
| MILLER, WENDI | N | CA | ASCAP | WO100-Y | 1 | 10.000 | 0.000 | 10.000 |
| NORTH AVENUE MUSIC | | E | ASCAP | WO100-Y | 1 | 25.000 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | WO100-Y | 1 | 25.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | AM | ASCAP | WO100-Y | 1 * | 0.000 | 100.000 | 50.000 |
| WCM TOTAL | | | | | | | 100.000 | 50.000 |

TERR: WO100  WORLD

### 1  000394214 ANYTHING

| WRITER/PUBLISHER | EFH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| PEARSON, DARRYL | N | C | ASCAP | W0100-Y | 1 | 25.000 | 0.000 | 25.000 |
|   D. EXTRAORDINARY MUSIC |  | E | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 0.000 |
|   WB MUSIC CORP. |  | E | ASCAP | W0100-Y | 1 * | 12.500 | 50.000 | 25.000 |
| DEXTER, TERRY | N | A | NS | W0100-Y | 2 | 25.000 | 0.000 | 25.000 |
|   TERRY DEXTER PUB DESIGNEE |  | B | NS | W0100-Y | 2 | 12.500 | 0.000 | 0.000 |
|   STREET WARFARE PUBLISHING |  | E | BMI | W0100-Y | 2 | 12.500 | 0.000 | 0.000 |
|   WARNER-TAMERLANE PUBLISHING CORP. |  | AM | BMI | W0100-Y | 2 * | 0.000 | 50.000 | 25.000 |
| WCM TOTAL |  |  |  |  |  |  | 100.000 | 50.000 |
| PEARSON, DARRYL | N | C | ASCAP | W0141-Y | 1 | 25.000 | 0.000 | 25.000 |
|   D. EXTRAORDINARY MUSIC |  | E | ASCAP | W0141-Y | 1 | 12.500 | 0.000 | 0.000 |
|   WB MUSIC CORP. |  | E | ASCAP | W0141-Y | 1 * | 12.500 | 50.000 | 25.000 |
| DEXTER, TERRY | N | A | NS | W0141-Y | 2 | 25.000 | 0.000 | 25.000 |
|   WARNER-TAMERLANE PUBLISHING CORP. |  | E | BMI | W0141-Y | 2 * | 25.000 | 50.000 | 25.000 |
| WCM TOTAL |  |  |  |  |  |  | 100.000 | 50.000 |

TERR: W0141  US PERF REGISTRATION

PUBL.: PA 985 480 - 08/10/1999   REN.:

### 2  000415041 ARE YOU FEELING ME

| WRITER/PUBLISHER | EFH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| GORDON, ALLEN, JR. (ALL STAR) | N | C | ASCAP | W0100-Y | 1 | 16.670 | 0.000 | 16.670 |
|   AL'S STREET MUSIC, INC. |  | E | ASCAP | W0100-Y | 1 | 16.660 | 0.000 | 0.000 |
|   WB MUSIC CORP. |  | AM | ASCAP | W0100-Y | 1 * | 0.000 | 33.330 | 16.660 |
| DEXTER, TERRY | N | A | NS | W0100-Y | 2 | 16.670 | 0.000 | 16.670 |
|   TERRY DEXTER PUB DESIGNEE |  | B | NS | W0100-Y | 2 | 8.340 | 0.000 | 0.000 |
|   STREET WARFARE PUBLISHING |  | E | BMI | W0100-Y | 2 | 8.330 | 0.000 | 0.000 |
|   WARNER-TAMERLANE PUBLISHING CORP. |  | AM | BMI | W0100-Y | 2 * | 0.000 | 33.340 | 16.670 |
| SEAL, MANUEL | N | CA | ASCAP | W0100-N | 3 | 16.670 | 0.000 | 16.670 |
|   SLACK A.D. MUSIC |  | E | ASCAP | W0100-N | 3 * | 16.660 | 33.330 | 16.660 |
| WCM TOTAL |  |  |  |  |  |  | 66.670 | 33.330 |
| GORDON, ALLEN, JR. (ALL STAR) | N | C | ASCAP | W0141-Y | 1 | 16.670 | 0.000 | 16.670 |
|   AL'S STREET MUSIC, INC. |  | E | ASCAP | W0141-Y | 1 | 16.660 | 0.000 | 0.000 |
|   WB MUSIC CORP. |  | AM | ASCAP | W0141-Y | 1 * | 0.000 | 33.330 | 16.660 |
| DEXTER, TERRY | N | A | NS | W0141-Y | 2 | 16.670 | 0.000 | 16.670 |
|   WARNER-TAMERLANE PUBLISHING CORP. |  | E | BMI | W0141-Y | 2 * | 16.670 | 33.340 | 16.670 |
| SEAL, MANUEL | N | CA | ASCAP | W0141-N | 3 | 16.670 | 0.000 | 16.670 |
|   SLACK A.D. MUSIC |  | E | ASCAP | W0141-N | 3 * | 16.660 | 33.330 | 16.660 |
| WCM TOTAL |  |  |  |  |  |  | 66.670 | 33.330 |

CRCPYL8R1         Warner/Chappell Music, Inc. Los Angeles         DATE : 06/12/02    PAGE    27
                  CATALOG LISTING - SONG TITLE ALPHABETICAL ORDER
                  FOR WP #: 500)5))22586

                          STREET WARFARE PUBLISHING

```
2   000415041 ARE YOU FEELING ME                                              LINK       COLLECTIONS
         WRITER/PUBLISHER                        EFH  W/M  SOC   TERR         ADM   OWN% MECH/OTHER PERF
         ------------------------------------------------------------------------------------------------
         TERR: WO14L  US PERF REGISTRATION
         PUBL.: PA 985 481 - 08/10/1999    REN.:


3   000415526 BETTER THAN ME                                                  LINK       COLLECTIONS
         WRITER/PUBLISHER                        EFH  W/M  SOC   TERR         ADM   OWN% MECH/OTHER PERF
         ------------------------------------------------------------------------------------------------
         DEXTER, TERRY                            N   CA   NS    W0100-Y       1   10.000   0.000   10.000
           TERRY DEXTER PUB DESIGNEE                   E    BMI   W0100-Y       1    5.000   0.000    0.000
           STREET WARFARE PUBLISHING                   E    BMI   W0100-Y       1    5.000   0.000    5.000
         ALEXANDER, PHALON ANTON "JAZZE PHA"      N   CA   BMI   W0100-Y       1   10.000   0.000   10.000
           BUBBA GEE MUSIC                             E    BMI   W0100-Y       1   15.000   0.000    0.000
           NOONTIME TUNES                              E    BMI   W0100-Y       1    7.500   0.000    0.000
         WARNER-TAMERLANE PUBLISHING CORP.                                     1 *  7.500  50.000   40.000
         AUSTIN, JOHNTA                           N   CA   ASCAP W0100-N       2   10.000   0.000   10.000
           NAKED UNDER MY CLOTHES                      E    ASCAP W0100-N       2    5.000   0.000    0.000
           CHRYSALIS MUSIC                             E    ASCAP W0100-N       2 *  5.000  20.000   10.000
                                                                                       ---------  -------
                          WCM TOTAL                                                     80.000   40.000

         DEXTER, TERRY                            N   CA   NS    W014L-Y       1   10.000   0.000   10.000
         ALEXANDER, PHALON ANTON "JAZZE PHA"      N   CA   BMI   W014L-Y       1   10.000   0.000   10.000
           BUBBA GEE MUSIC                             E    BMI   W014L-Y       1   15.000   0.000    0.000
           NOONTIME SOUTH INC.                         E    SESAC W014L-Y       1    7.500   0.000    0.000
         WARNER-TAMERLANE PUBLISHING CORP.                BMI   W014L-Y       1 * 17.500  80.000   40.000
         AUSTIN, JOHNTA                           N   CA   ASCAP W014L-N       2   10.000   0.000   10.000
           NAKED UNDER MY CLOTHES                      E    ASCAP W014L-N       2    5.000   0.000    0.000
           CHRYSALIS MUSIC                             E    ASCAP W014L-N       2 *  5.000  20.000   10.000
                                                                                       ---------  -------
                          WCM TOTAL                                                     80.000   40.000
         TERR: WO14L  US PERF REGISTRATION
         PUBL.: PA 967 932 - 06/22/1999    REN.:


4   000394254 BYE BYE                                                         LINK       COLLECTIONS
         WRITER/PUBLISHER                        EFH  W/M  SOC   TERR         ADM   OWN% MECH/OTHER PERF
         ------------------------------------------------------------------------------------------------
         PEARSON, DARRYL                          N   CA   ASCAP W0100-Y       1   25.000   0.000   25.000
         ELLIOTT, MELISSA A. "MISSY"              N   CA   ASCAP W0100-Y       1   10.000   0.000   10.000
           D. EXTRAORDINARY MUSIC                      E    ASCAP W0100-Y       1   12.500   0.000    0.000
           MASS CONFUSION PRODUCTIONS                  E    ASCAP W0100-Y       1   10.000   0.000    0.000
           WB MUSIC CORP.                              E    ASCAP W0100-Y       1 * 12.500  70.000   15.000
         HARRISON, NYA                            N   CA   BMI   W0100-Y       2   15.000   0.000   15.000
           STREET WARFARE PUBLISHING                   E    BMI   W0100-Y       2   15.000   0.000    0.000
```

STREET WARFARE PUBLISHING

**4　000394254 BYE BYE**

| WRITER/PUBLISHER | EFH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| WARNER-TAMERLANE PUBLISHING CORP. | | AM | BMI | W0100-Y | 2 * | 0.000 | 30.000 | 15.000 |
| NCM TOTAL | | | | | | | 100.000 | 50.000 |
| PEARSON, DARRYL | N | CA | ASCAP | W0141-Y | 1 | 25.000 | 0.000 | 25.000 |
| ELLIOTT, MELISSA A "MISSY" | N | CA | ASCAP | W0141-Y | 1 | 10.000 | 0.000 | 10.000 |
| D. EXTRAORDINARY MUSIC | | B | ASCAP | W0141-Y | 1 | 12.500 | 0.000 | 0.000 |
| MASS CONFUSION PRODUCTIONS | | B | ASCAP | W0141-Y | 1 | 5.000 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0141-Y | 1 * | 17.500 | 70.000 | 35.000 |
| HARRISON, NYA | N | CA | BMI | W0141-Y | 2 * | 15.000 | 0.000 | 15.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | E | BMI | W0141-Y | 2 * | 15.000 | 30.000 | 15.000 |
| NCM TOTAL | | | | | | | 100.000 | 50.000 |

TERR: W0141  US PERF REGISTRATION

PUBL.: PA99L4-568 - 04/21/1998　REN.:

**5　000462703 CREAM CHEESE**

| WRITER/PUBLISHER | EFH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ELLIOTT, DAMON W. | N | CA | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 25.000 |
| DWE MUSIC | | E | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0100-Y | 1 * | 12.500 | 50.000 | 25.000 |
| HARRISON, NYA | N | CA | BMI | W0100-Y | 2 | 12.500 | 0.000 | 12.500 |
| STREET WARFARE PUBLISHING | | E | BMI | W0100-Y | 2 | 12.500 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | AM | BMI | W0100-Y | 2 * | 0.000 | 25.000 | 12.500 |
| BOYD, LEA | N | CA | ASCAP | W0100-N | 3 | 12.500 | 0.000 | 12.500 |
| UNKNOWN PUBLISHER | | E | NS | W0100-N | 3 * | 12.500 | 25.000 | 12.500 |
| NCM TOTAL | | | | | | | 75.000 | 37.500 |

TERR: W0100  WORLD

PUBL.: PENDING.JS - 05/17/2002　REN.:

**6　000453945 FOR THE FIRST TIME**

| WRITER/PUBLISHER | EFH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| HARRISON, NYA | N | CA | BMI | W0100-Y | 1 | 25.000 | 0.000 | 25.000 |
| STREET WARFARE PUBLISHING | | E | BMI | W0100-Y | 1 | 25.000 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | AM | BMI | W0100-Y | 1 * | 0.000 | 50.000 | 25.000 |
| PEARSON, DARRYL | N | CA | ASCAP | W0100-Y | 2 | 25.000 | 0.000 | 25.000 |
| D. EXTRAORDINARY MUSIC | | E | ASCAP | W0100-Y | 2 | 12.500 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0100-Y | 2 * | 12.500 | 50.000 | 25.000 |
| NCM TOTAL | | | | | | | 100.000 | 50.000 |

### 9  000453951 GIRLS LIKE THAT

| WRITER/PUBLISHER | EFM | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| HARRISON, MYA | N | CA | BMI | WO100-Y | 1 | 10.000 | 0.000 | 10.000 |
| STREET WARFARE PUBLISHING | | E | BMI | WO100-Y | 1 | 10.000 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | AM | BMI | WO100-Y | 1 * | 0.000 | 20.000 | 10.000 |
| LOVING, CYNTHIA "LIL' MO" | N | CA | ASCAP | WO100-Y | 2 | 5.000 | 0.000 | 5.000 |
| MO LOVIN' MUSIC | | E | ASCAP | WO100-Y | 2 | 2.500 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | WO100-Y | 2 * | 2.500 | 10.000 | 5.000 |
| BEAL, TERON | N | CA | ASCAP | WO100-N | 3 | 10.000 | 0.000 | 10.000 |
| TERON BEAL SONGS | | E | ASCAP | WO100-N | 3 | 5.000 | 0.000 | 0.000 |
| BMG MUSIC | | E | ASCAP | WO100-N | 3 * | 5.000 | 20.000 | 10.000 |
| DEAN, KASEEM | N | CA | ASCAP | WO100-N | 4 | 25.000 | 0.000 | 25.000 |
| SWIZZ BEATZ PUBLISHING | | E | ASCAP | WO100-N | 4 | 12.500 | 0.000 | 0.000 |
| BUFF RYDERS ENTERTAINMENT | | E | ASCAP | WO100-N | 4 * | 12.500 | 50.000 | 25.000 |
| WCM TOTAL | | | | | | | 30.000 | 15.000 |

TERR: WO100  WORLD

### 10  000453943 HOW YOU GONNA TELL ME

| WRITER/PUBLISHER | EFM | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| HARRISON, MYA | N | CA | BMI | WO100-Y | 1 | 6.500 | 0.000 | 6.500 |
| STREET WARFARE PUBLISHING | | E | BMI | WO100-Y | 1 | 6.500 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | AM | BMI | WO100-Y | 1 * | 0.000 | 13.000 | 6.500 |
| BRIGGS, KEVIN | N | CA | BMI | WO100-N | 2 | 25.000 | 0.000 | 25.000 |
| HITCO SOUTH PUBLISHING CO. | | E | ASCAP | WO100-N | 2 * | 25.000 | 50.000 | 25.000 |
| BURRUSS, KANDI | N | CA | ASCAP | WO100-N | 3 | 18.500 | 18.500 | 18.500 |
| KANDACY MUSIC, INC. | | E | ASCAP | WO100-N | 3 | 9.250 | 9.250 | 9.250 |
| AIR CONTROL MUSIC | | E | ASCAP | WO100-N | 4 | 9.250 | 0.000 | 0.000 |
| EMI APRIL MUSIC INC. | | AM | ASCAP | WO100-N | 4 * | 0.000 | 9.250 | 9.250 |
| WCM TOTAL | | | | | | | 13.000 | 6.500 |

TERR: WO100  WORLD

PUBL.: PA 1055713 - 04/25/2000    REN.: -

### 11  000416849 I LOVE YOU

| WRITER/PUBLISHER | EFM | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| PEARSON, DARRYL | N | CA | ASCAP | WO100-Y | 1 | 25.000 | 0.000 | 25.000 |
| D. EXTRAORDINARY MUSIC | | E | ASCAP | WO100-Y | 1 | 12.500 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | WO100-Y | 1 * | 12.500 | 50.000 | 25.000 |
| JORDAN, KIMBERLY DENISE | N | CA | BMI | WO100-Y | 2 | 25.000 | 0.000 | 25.000 |
| STREET WARFARE PUBLISHING | | E | BMI | WO100-Y | 2 | 25.000 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | AM | BMI | WO100-Y | 2 * | 0.000 | 50.000 | 25.000 |
| WCM TOTAL | | | | | | | 100.000 | 50.000 |

STREET WARFARE PUBLISHING

### 11  000416849  I LOVE YOU

| WRITER/PUBLISHER | BPM | N/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| PEARSON, DARRYL | N | CA | ASCAP | W0141-Y | 1 | 25.000 | 0.000 | 25.000 |
| D. EXTRAORDINARY MUSIC | | E | ASCAP | W0141-Y | 1 | 12.500 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0141-Y | 1 * | 12.500 | 50.000 | 25.000 |
| JORDAN, KIMBERLY DENISE | N | CA | BMI | W0141-Y | 2 | 25.000 | 0.000 | 25.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | E | BMI | W0141-Y | 2 * | 25.000 | 50.000 | 25.000 |

NCM TOTAL                                                                                         100.000  50.000

TERR: W0141  US PERF REGISTRATION

### 12  000416366  I TRY

| WRITER/PUBLISHER | BPM | N/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| DEXTER, TERRY | N | CA | NS | W0100-Y | 1 | 12.500 | 0.000 | 12.500 |
| RICH, DENISE | N | CA | BMI | W0100-Y | 1 | 12.500 | 0.000 | 12.500 |
| TERRY DEXTER PUB DESIGNER | | E | BMI | W0100-Y | 1 | 6.250 | 0.000 | 0.000 |
| STREET WARFARE PUBLISHING | | E | BMI | W0100-Y | 1 | 6.250 | 0.000 | 0.000 |
| DREAM IMAGE IDG PUBLISHING | | E | BMI | W0100-Y | 1 | 6.250 | 0.000 | 0.000 |
| CONNOTATION MUSIC | | E | BMI | W0100-Y | 1 | 6.250 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | AM | BMI | W0100-Y | 1 * | 0.000 | 50.000 | 25.000 |
| HARRELL, ROOSEVELT "BINK" | N | CA | SESAC | W0100-N | 2 | 12.500 | 0.000 | 12.500 |
| ONE SHOT DEAL MUZAK | | E | SESAC | W0100-N | 2 * | 12.500 | 25.000 | 12.500 |
| MCKINNEY, SAMMY | N | CA | BMI | W0100-N | 3 | 12.500 | 0.000 | 12.500 |
| WHOLE NINE YARDS | | E | BMI | W0100-N | 3 * | 12.500 | 25.000 | 12.500 |

NCM TOTAL                                                                                          50.000  25.000

| DEXTER, TERRY | N | CA | NS | W0141-Y | 1 | 12.500 | 0.000 | 12.500 |
| RICH, DENISE | N | CA | BMI | W0141-Y | 1 | 12.500 | 0.000 | 12.500 |
| DREAM IMAGE IDG PUBLISHING | | E | BMI | W0141-Y | 1 | 6.250 | 0.000 | 0.000 |
| CONNOTATION MUSIC | | E | BMI | W0141-Y | 1 | 6.250 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | AM | BMI | W0141-Y | 1 * | 12.500 | 50.000 | 25.000 |
| HARRELL, ROOSEVELT "BINK" | N | CA | SESAC | W0141-N | 2 | 12.500 | 0.000 | 12.500 |
| ONE SHOT DEAL MUZAK | | E | SESAC | W0141-N | 2 * | 12.500 | 25.000 | 12.500 |
| MCKINNEY, SAMMY | N | CA | BMI | W0141-N | 3 | 12.500 | 0.000 | 12.500 |
| WHOLE NINE YARDS | | E | BMI | W0141-N | 3 * | 12.500 | 25.000 | 12.500 |

NCM TOTAL                                                                                          50.000  25.000

TERR: W0141  US PERF REGISTRATION

PUBL.: PA985-479  -  08/10/1999     REN :

STREET WARFARE PUBLISHING

### 13  000453937 LIE DETECTOR

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| HARRISON, MYA | N | A | BMI | W0100-Y | 1 | 7.500 | 0.000 | 7.500 |
| STREET WARFARE PUBLISHING | | E | BMI | W0100-Y | 1 | 7.500 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | AM | BMI | W0100-Y | 1 * | 0.000 | 15.000 | 7.500 |
| JEAN, WYCLEF | N | CA | ASCAP | W0100-N | 2 | 18.125 | 0.000 | 18.125 |
| HUSS-ZWINGLI PUBLISHING, INC. | | E | ASCAP | W0100-N | 2 | 9.062 | 0.000 | 0.000 |
| SONY TUNES, INC. | | E | ASCAP | W0100-N | 2 * | 9.063 | 36.250 | 18.125 |
| DUPLESSIS, JERRY | N | CA | BMI | W0100-N | 3 | 18.125 | 0.000 | 18.125 |
| EMI BLACKWOOD MUSIC INC. | | E | BMI | W0100-N | 3 * | 18.125 | 36.250 | 18.125 |
| DAVIS, MOSES ANTHONY | N | A | PRS | W0100-N | 4 | 6.250 | 0.000 | 6.250 |
| EMI APRIL MUSIC INC. | | E | ASCAP | W0100-N | 4 * | 6.250 | 12.500 | 6.250 |
| NCM TOTAL | | | | | | | 15.000 | 7.500 |

TERR: W0100  WORLD

PUBL.: PA 1055712 - 04/25/2000    REN.:

### 14  000385501 MOVIN' ON  (ALBUM VERSION)

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| PEARSON, DARRYL | N | CA | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 12.500 |
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0100-Y | 1 | 8.750 | 0.000 | 8.750 |
| D. EXTRAORDINARY MUSIC | | E | ASCAP | W0100-Y | 1 | 6.250 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0100-Y | 1 | 8.750 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0100-Y | 1 * | 6.250 | 42.500 | 21.250 |
| HARRISON, MYA | N | CA | BMI | W0100-Y | 2 | 1.750 | 0.000 | 1.750 |
| STREET WARFARE PUBLISHING | | E | BMI | W0100-Y | 2 | 1.750 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | AM | BMI | W0100-Y | 2 * | 0.000 | 7.500 | 1.750 |
| WRIGHT, GARY | N | CA | ASCAP | W0100-N | 3 | 25.000 | 0.000 | 25.000 |
| MCA MUSIC PUBLISHING, A DIV. OF UNIVERSAL STUDIOS | | E | ASCAP | W0100-N | 3 * | 25.000 | 50.000 | 25.000 |
| NCM TOTAL | | | | | | | 50.000 | 25.000 |

| PEARSON, DARRYL | N | CA | ASCAP | W0141-Y | 1 | 12.500 | 0.000 | 12.500 |
|---|---|---|---|---|---|---|---|---|
| ANDREWS, MARK A. PKA "SISQO" | N | CA | ASCAP | W0141-Y | 1 | 8.750 | 0.000 | 8.750 |
| D. EXTRAORDINARY MUSIC | | E | ASCAP | W0141-Y | 1 | 6.250 | 0.000 | 0.000 |
| URBAN WARFARE INC. | | E | ASCAP | W0141-Y | 1 | 8.750 | 0.000 | 0.000 |
| WB MUSIC CORP. | | E | ASCAP | W0141-Y | 1 * | 6.250 | 42.500 | 21.250 |
| HARRISON, MYA | N | CA | BMI | W0141-Y | 2 | 1.750 | 0.000 | 1.750 |
| WARNER-TAMERLANE PUBLISHING CORP. | | E | BMI | W0141-Y | 2 * | 1.750 | 7.500 | 1.750 |
| WRIGHT, GARY | N | CA | ASCAP | W0141-N | 3 | 25.000 | 0.000 | 25.000 |
| MCA MUSIC PUBLISHING, A DIV. OF UNIVERSAL STUDIOS | | E | ASCAP | W0141-N | 3 * | 25.000 | 50.000 | 25.000 |
| NCM TOTAL | | | | | | | 50.000 | 25.000 |

TERR: W0141  US PERF REGISTRATION

URCPY18RL        Warner/Chappell Music, Inc Los Angeles            DATE : 06/12/02    PAGE  13
                 CATALOG LISTING - SONG TITLE ALPHABETICAL ORDER
                 FOR WP #: 300353122586

                 STREET WARFARE PUBLISHING

| # | Song | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 000385504 MOVIN' ON (ALBUM VERSION) | | | | | | | | | |

| WRITER/PUBLISHER | BPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|

PUBL.: PA#914-563 - 04/21/1998    REN.:

| # | Song | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 000409430 MOVIN' OUT | | | | | | | | | |

| WRITER/PUBLISHER | BPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| CALVIN, BILLIE RAE | N | CA | BMI | WO100-Y | 1 | 25.000 | 0.000 | 25.000 |
| HARRISON, MYA | N | CA | BMI | WO100-Y | 1 | 0.000 | 0.000 | 0.000 |
| MAY 12TH MUSIC | | E | BMI | WO100-Y | 1 | 12.500 | 0.000 | 0.000 |
| STREET WARFARE PUBLISHING | | E | BMI | WO100-Y | 1 | 0.000 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | E | BMI | WO100-Y | 1 * | 12.500 | 50.000 | 25.000 |
| WRIGHT, GARY | N | CA | ASCAP | WO100-N | 2 | 25.000 | 0.000 | 25.000 |
| MCA MUSIC PUBLISHING, A DIV. OF UNIVERSAL STUDIOS | | E | ASCAP | WO100-N | 2 * | 25.000 | 50.000 | 25.000 |
| FOSTER, JEROME | N | CA | ASCAP | WO100-N | 3 | 0.000 | 0.000 | 0.000 |
| SOUNDS OF DA RED REDRUM | | E | ASCAP | WO100-N | 3 * | 0.000 | 0.000 | 0.000 |
| SANTIAGO, VICTOR | N | CA | BMI | WO100-N | 4 | 0.000 | 0.000 | 0.000 |
| JOSE LUIS GOTCHA MUSIC | | E | BMI | WO100-N | 4 * | 0.000 | 0.000 | 0.000 |
| WOODS, COREY | N | CA | ASCAP | WO100-N | 5 | 0.000 | 0.000 | 0.000 |
| RAEKWON MUSIC | | E | ASCAP | WO100-N | 5 * | 0.000 | 0.000 | 0.000 |
| JOHNSON, CRYSTAL | N | CA | ASCAP | WO100-N | 6 | 0.000 | 0.000 | 0.000 |
| CHRYSTAL JOHNSON PUB DESIGNEE | | E | ASCAP | WO100-N | 6 * | 0.000 | 0.000 | 0.000 |
| WCM TOTAL | | | | | | | 50.000 | 25.000 |
| CALVIN, BILLIE RAE | N | CA | BMI | WO141-Y | 1 | 25.000 | 0.000 | 25.000 |
| HARRISON, MYA | N | CA | BMI | WO141-Y | 1 | 0.000 | 0.000 | 0.000 |
| MAY 12TH MUSIC | | E | BMI | WO141-Y | 1 | 12.500 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | E | BMI | WO141-Y | 1 * | 12.500 | 50.000 | 25.000 |
| WRIGHT, GARY | N | CA | ASCAP | WO141-N | 2 | 25.000 | 0.000 | 25.000 |
| MCA MUSIC PUBLISHING, A DIV. OF UNIVERSAL STUDIOS | | E | ASCAP | WO141-N | 2 * | 25.000 | 50.000 | 25.000 |
| FOSTER, JEROME | N | CA | ASCAP | WO141-N | 3 | 0.000 | 0.000 | 0.000 |
| SOUNDS OF DA RED REDRUM | | E | ASCAP | WO141-N | 3 * | 0.000 | 0.000 | 0.000 |
| SANTIAGO, VICTOR | N | CA | BMI | WO141-N | 4 | 0.000 | 0.000 | 0.000 |
| JOSE LUIS GOTCHA MUSIC | | E | BMI | WO141-N | 4 * | 0.000 | 0.000 | 0.000 |
| WOODS, COREY | N | CA | ASCAP | WO141-N | 5 | 0.000 | 0.000 | 0.000 |
| RAEKWON MUSIC | | E | ASCAP | WO141-N | 5 * | 0.000 | 0.000 | 0.000 |
| JOHNSON, CRYSTAL | N | CA | ASCAP | WO141-N | 6 | 0.000 | 0.000 | 0.000 |
| CHRYSTAL JOHNSON PUB DESIGNEE | | E | ASCAP | WO141-N | 6 * | 0.000 | 0.000 | 0.000 |
| WCM TOTAL | | | | | | | 50.000 | 25.000 |

TERR: WO141   US PERF REGISTRATION

PUBL.: PA 976-352 - 11/01/1998    REN.:

### 16  000453946 NO TEARS ON MY PILLOW

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| HARRISON, MYA | N | A | BMI | W0100-Y | 1 | 25.000 | 0.000 | 25.000 |
| STREET WARFARE PUBLISHING | | E | BMI | W0100-Y | 1 | 25.000 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | AN | BMI | W0100-Y | 1 * | 0.000 | 50.000 | 25.000 |
| THICKE, ROBIN | N | CA | ASCAP | W0100-N | 2 | 25.000 | 0.000 | 25.000 |
| I LIKE 'EM THICKE MUSIC | | E | ASCAP | W0100-N | 2 * | 25.000 | 50.000 | 25.000 |
| WCM TOTAL | | | | | | | 50.000 | 25.000 |

TERR: W0100 WORLD

PUBL.: PA 1055715 - 04/25/2000  REN.:

### 17  000450702 PERFECT CHEMISTRY

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| ELLIOTT, DAMON W. | N | CA | ASCAP | W0100-Y | 1 | 25.000 | 0.000 | 25.000 |
| ONE MUSIC | | E | ASCAP | W0100-Y | 1 | 12.500 | 0.000 | 0.000 |
| NB MUSIC CORP. | | E | ASCAP | W0100-Y | 1 * | 12.500 | 50.000 | 25.000 |
| HARRISON, MYA | N | CA | BMI | W0100-Y | 2 | 20.000 | 0.000 | 20.000 |
| STREET WARFARE PUBLISHING | | E | BMI | W0100-Y | 2 | 20.000 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | AN | BMI | W0100-Y | 2 * | 0.000 | 40.000 | 20.000 |
| BLAKEY, MICHAEL | N | CA | NS | W0100-N | 3 | 5.000 | 0.000 | 5.000 |
| K2 SOUNDS PUBLISHING, INC. | | E | ASCAP | W0100-N | 3 * | 5.000 | 10.000 | 5.000 |
| WCM TOTAL | | | | | | | 90.000 | 45.000 |
| ELLIOTT, DAMON W. | N | CA | ASCAP | W0141-Y | 1 | 25.000 | 0.000 | 25.000 |
| ONE MUSIC | | E | ASCAP | W0141-Y | 1 | 12.500 | 0.000 | 0.000 |
| NB MUSIC CORP. | | E | ASCAP | W0141-Y | 1 * | 12.500 | 50.000 | 25.000 |
| HARRISON, MYA | N | CA | BMI | W0141-Y | 2 | 20.000 | 0.000 | 20.000 |
| STREET WARFARE PUBLISHING | | E | BMI | W0141-Y | 2 | 10.000 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. | | E | BMI | W0141-Y | 2 * | 10.000 | 40.000 | 20.000 |
| BLAKEY, MICHAEL | N | CA | NS | W0141-N | 3 | 5.000 | 0.000 | 5.000 |
| K2 SOUNDS PUBLISHING, INC. | | E | ASCAP | W0141-N | 3 * | 5.000 | 10.000 | 5.000 |
| WCM TOTAL | | | | | | | 90.000 | 45.000 |

TERR: W0141 US PERF REGISTRATION

PUBL.: PA 1056091 - 06/19/2001  REN.:

### 18  000453941 PUSSYCATS

| WRITER/PUBLISHER | EPH | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| HARRISON, MYA | N | A | BMI | W0100-Y | 1 | 25.000 | 0.000 | 25.000 |
| STREET WARFARE PUBLISHING | | E | BMI | W0100-Y | 1 | 25.000 | 0.000 | 0.000 |

STREET WARFARE PUBLISHING

### 18   000453941 PUSSYCATS

| WRITER/PUBLISHER | BFK | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| WARNER-TAMERLANE PUBLISHING CORP. |   | AM | BMI | NO100-Y | 1 * | 0.000 | 50.000 | 25.000 |
| JEAN, WYCLEF | N | CA | ASCAP | NO100-N | 2   | 12.500 | 0.000 | 12.500 |
| HUSS-ZWINGLI PUBLISHING, INC. |   | E | ASCAP | NO100-N | 2   | 6.250 | 0.000 | 0.000 |
| SONY TUNES, INC. |   | E | ASCAP | NO100-N | 2 * | 6.250 | 15.000 | 12.500 |
| DUPLESSIS, JERRY | N | CA | BMI | NO100-N | 3   | 12.500 | 0.000 | 12.500 |
| EMI BLACKWOOD MUSIC INC. |   | E | BMI | NO100-N | 3 * | 12.500 | 25.000 | 12.500 |
| COZIER, JIMMY JR. | N | A | ASCAP | NO100-N | 4   | 0.000 | 0.000 | 0.000 |
| SIYEEDA'S PUBLISHING |   | E | ASCAP | NO100-N | 4 * | 0.000 | 0.000 | 0.000 |
| WCM TOTAL |   |   |   |   |   |   | 50.000 | 25.000 |

TERR: NO100 WORLD

PUBL.: PA 1055711 - 04/25/2000    REN :     -

### 19   000415744 SOMEBODY LIKE ME

| WRITER/PUBLISHER | BFK | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| HARRISON, MYA | N | CA | BMI | NO100-Y | 1 | 12.500 | 0.000 | 12.500 |
| STREET WARFARE PUBLISHING |   | E | BMI | NO100-Y | 1 | 12.500 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP |   | AM | BMI | NO100-Y | 1 * | 0.000 | 25.000 | 12.500 |
| MILLER, VYSHON PKA "SILKK THE SHOCKER" | N | CA | BMI | NO100-N | 2 | 37.500 | 0.000 | 37.500 |
| BIG P MUSIC, LLC. |   | E | BMI | NO100-N | 2 * | 37.500 | 75.000 | 37.500 |
| WCM TOTAL |   |   |   |   |   |   | 25.000 | 12.500 |
| HARRISON, MYA | N | CA | BMI | NO141-Y | 1 | 12.500 | 0.000 | 12.500 |
| WARNER-TAMERLANE PUBLISHING CORP. |   | E | BMI | NO141-Y | 1 * | 12.500 | 25.000 | 12.500 |
| MILLER, VYSHON PKA "SILKK THE SHOCKER" | N | CA | BMI | NO141-N | 2 | 37.500 | 0.000 | 37.500 |
| BIG P MUSIC, LLC. |   | E | BMI | NO141-N | 2 * | 37.500 | 75.000 | 37.500 |
| WCM TOTAL |   |   |   |   |   |   | 25.000 | 12.500 |

TERR: NO141 US PERF REGISTRATION

PUBL.: PA 1043933 - 01/19/1999    REN :     -

### 20   000453947 TAKIN' ME OVER

| WRITER/PUBLISHER | BFK | W/M | SOC | TERR | LINK ADM | OWN% | COLLECTIONS MECH/OTHER | PERF |
|---|---|---|---|---|---|---|---|---|
| HARRISON, MYA | N | CA | BMI | NO100-Y | 1 | 5.780 | 0.000 | 5.780 |
| STREET WARFARE PUBLISHING |   | E | BMI | NO100-Y | 1 | 5.780 | 0.000 | 0.000 |
| WARNER-TAMERLANE PUBLISHING CORP. |   | AM | BMI | NO100-Y | 1 * | 0.000 | 11.560 | 5.780 |
| THICKE, ROBIN | N | CA | ASCAP | NO100-N | 2 | 23.125 | 0.000 | 23.125 |
| I LIKE 'EM THICKE MUSIC |   | E | ASCAP | NO100-N | 2 * | 23.125 | 46.250 | 23.125 |
| OASS, JAMES | N | CA | ASCAP | NO100-N | 3 | 13.875 | 0.000 | 13.875 |