**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Mark Andrews, et al.,

                Plaintiff,

                                          15 **CIVIL** 7544 (AJN)

       -against-                      **DEFAULT JUDGMENT**

27 Red Music Publishing, LLC, et al.,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum Opinion and Order dated September 24, 2021, the Court GRANTS in part Plaintiffs' motion for damages and DENIES Plaintiffs' motion for reconsideration. The Court awards Plaintiffs the following:

    A. Mark Andrews, $64,278.55 in compensatory damages and an additional 50 percent of that sum in punitive damages, in the amount of $32,139.27, plus interest accruing at an annual rate of 9 percent from March 1, 2019, in the amount of $21,837.33 for a total sum of $116,253.66;

    B. Larry Anthony, Jr., $1,369.06 in compensatory damages and an additional 50 percent of that sum in punitive damages in the amount of $684.53, plus interest accruing at an annual rate of 9 percent from March 1, 2029, in the amount of $474.97 for a total sum of $2,528.56

    C. James Green, $8,807.40 in compensatory damages and an additional 50 percent of that sum in punitive damages in the amount of $4,403.70, plus interest accruing at an annual rate of 9 percent from March 1, 2019, in the amount of $3,055.56 for a total sum of $16,266.66; accordingly, the case is closed.

**DATED**: New York, New York
       September 24, 2021

                                 **RUBY J. KRAJICK**

                                 **Clerk of Court**

**BY**: _____

                                  **Deputy Clerk**